AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| | | |
|---|---|---|
| THERESE MARIE PIZZO | ) | |
| *Plaintiff* | ) ) ) | CV 09  4493 |
| v. | ) | Civil Action No. |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, individual and official capcity; et al | ) ) ) | TEH |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gary W. Gorski
1207 Front Street, Ste 15
Sacramento, CA 95814
916-965-6800
usrugby@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 2 3 2009

_____
*Signature of Clerk or Deputy Clerk*