IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESE MARIE PIZZO,

        Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant(s).

NO. C09-4493 TEH

ORDER OF DISQUALIFICATION

I, the undersigned Judge of the Court, finding myself disqualified in the above entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

DATED:   09/30/09

                THELTON E. HENDERSON
                UNITED STATES DISTRICT JUDGE