**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                             415.522.2000

**October 2, 2009**

**CASE NUMBER:  CV 09-04493 TEH**
**CASE TITLE:  THERESE MARIE PIZZO-v-CITY AND COUNTY OF SAN FRANCISCO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/2/09

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 10/2/09 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA