1  EDMUND G. BROWN JR.
   Attorney General of California
2  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
3  GEOFFREY L. GRAYBILL
   Deputy Attorney General
4  State Bar No. 53643
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 324-5465
     Fax: (916) 324-8835
7    E-mail: Geoffrey.Graybill@doj.ca.gov
   *Attorneys for Defendant Attorney General Brown*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE MARIE PIZZO,** | cv-09-4493-TEH |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a).]** |
| v. | |
| | Judge: Honorable Thelton E. Henderson |
| **CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG; in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON; in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,** | Trial Date: None Set |
| | Action Filed: September 23, 2009 |
| Defendants. | |

Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-1(a), Gary W. Gorski, lead attorney for plaintiff Therese Marie Pizzo, and Geoffrey L. Graybill, Deputy Attorney General, representing Defendant Edmund G. Brown Jr., Attorney General of the State of California (Defendant), state:

The Summons and Complaint in this action have been served on Defendant and a pleading responsive to the Complaint is currently due from Defendant on October 14, 2009.

Pursuant to this Court's Local Rule 6-1(a), the respective attorneys for Plaintiff and the Defendant agree to extend the time for Defendant to respond or otherwise plead to the Complaint to and including Friday, December 4, 2009, unless a subsequent order of the Court extends or has the effect of further extending the time for Defendant to respond or otherwise plead to the Complaint.  Current Court ordered event dates or deadlines are not affected by this stipulation.

IT IS SO STIPULATED.

Dated:  October 8, 2009                    LAW OFFICES OF GARY W. GORSKI


By:  /s/ *Gary W. Gorski*
     Gary W. Gorski, Attorney for Plaintiff


Dated:  October 8, 2009                    EDMUND G. BROWN JR.
     Attorney General of California
     DOUGLAS J. WOODS
     Supervising Deputy Attorney General

     /s/ *Geoffrey L. Graybill*

     GEOFFREY L. GRAYBILL
     Deputy Attorney General
     *Attorneys for Defendant*

SA2009102556