1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   SHERRI KAISER, State Bar #197986
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4691
   Facsimile:     (415) 554-4747
6  E-Mail:        sherri.kaiser@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  GAVIN NEWSOM, HEATHER FONG,
   GEORGE GASCON, and MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESE MARIE PIZZO, | Case No. C09-4493 CW |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [L.R. 6-1(a)]** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | |
| Defendants. | |

Pursuant to Rule 6-1(a) of the Northern District Civil Local Rules, Sherri Sokeland Kaiser, attorney for Defendants City and County of San Francisco, San Francisco Mayor Gavin Newsom, Former San Francisco Police Chief Heather Fong, San Francisco Chief of Police George Gascon, and San Francisco Sheriff Michael Hennessey ("Defendants"), and Gary W. Gorski, lead attorney for Plaintiff Therese Marie Pizzo, state:

The Summons and Complaint in this action have been served on Defendants and a pleading responsive to the Complaint was due from Defendants on October 13, 2009.  On October 9, 2009, the parties agreed to extend the time to respond through and including December 14, 2009.

Accordingly, pursuant to this Court's Local Rule 6-1(a), the respective attorneys for Defendants and the Plaintiff hereby stipulate to extend the time for Defendants to respond or otherwise plead to the Complaint to and including Monday, December 14, 2009, unless a subsequent order of the Court extends or has the effect of further extending the time for Defendants to respond or otherwise plead to the Complaint.  Current Court-ordered event dates or deadlines are not affected by this stipulation.

IT IS SO STIPULATED.

Dated:  October 14, 2009

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys


By: _____/s/_____.
SHERRI SOKELAND KAISER
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, HEATHER FONG, GEORGE GASCON, AND MICHAEL HENNESSEY


Dated:  October 14, 2009         LAW OFFICES OF GARY W. GORSKI


By: _____/s/_____.
GARY W. GORSKI
Attorney for Plaintiff THERESE MARIE PIZZO