| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | DOUGLAS J. WOODS<br>Supervising Deputy Attorney General |
| 3 | GEOFFREY L. GRAYBILL<br>Deputy Attorney General |
| 4 | State Bar No. 53643<br>  1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 6 |   Telephone: (916) 324-5465<br>  Fax: (916) 324-8835 |
| 7 |   E-mail: Geoffrey.Graybill@doj.ca.gov<br>*Attorneys for Defendant Attorney General Brown* |
| 8 | |
| 9 | IN THE UNITED STATES DISTRICT COURT |
| 10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| THERESE MARIE PIZZO, | cv-09-4493-TEH |
| Plaintiff, | **REQUEST FOR STAY OF PROCEEDINGS PURSUANT TO STIPULATION [L.R. 6-2(a).]** |
| v. | |
| | Judge: Honorable Thelton E. Henderson |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG; in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON; in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | Trial Date: None Set |
| | Action Filed: September 23, 2009 |
| Defendants. | |

1

Pursuant to the United States District Court, Northern District of California Local Rules, Rule 6-2(a), Gary W. Gorski, lead attorney for plaintiff Therese Marie Pizzo, Geoffrey L. Graybill, Deputy Attorney General, representing Defendant Edmund G. Brown Jr., Attorney General of the State of California (Defendant) and Sherri Sokeland Kaiser, representing Defendants City and County of San Francisco, Gavin Newsom, Heather Fong, George Gascon and Michael Hennessey, state:

They and each of them concurs with the representations and statements set forth in the declaration of Mr. Graybill submitted herewith.

For the reasons stated in the Graybill Declaration, the parties respectfully request that this Court vacate all case management orders currently in effect and stay all proceedings in this matter until after the U.S. Supreme Court decides *McDonald v. City of Chicago* (Doc. No. 08-1521) and/or the related case, *National Rifle Association of America v. City of Chicago* (No. 08-1497) in which writs of certiorari have been granted and the U. S. Court of Appeals for the Ninth Circuit decides *Nordyke v.King*, No. 07-15763, for which proceedings have been stayed pending the Supreme Court's decision in *McDonald* and/or *National Rifle Association of America*.

/ / /

/ / /

/ / /

By stipulations filed pursuant to L.R. 6-1(a) responses to the complaint are currently due from defendants Attorney General and City and County of San Francisco and related defendants on December 14, 2009. The parties hereby stipulate that deadlines set by Federal Rules of Civil Procedure and local rules for filing pleadings responsive to the complaint should be suspended pending further order or court.

IT IS SO STIPULATED.

Dated: November 24, 2009

EDMUND G. BROWN JR.
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General

GEOFFREY L. GRAYBILL
Deputy Attorney General
*Attorneys for Defendant Attorney General Brown*

LAW OFFICES OF GARY W. GORSKI

Dated: November ___, 2009

GARY W. GORSKI
*Attorney for Plaintiff Therese Marie Pizzo*

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys

Dated: November ___, 2009

SHERRI SOKELAND KAISER
*Attorneys for Defendants City and County of San Francisco, Gavin Newsom, Heather Fong, George Gascon, and Michael Hennessey*

SA2009102556
10500928

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | Therese Marie Pizzo v. City and County of San Francisco Mayor Gavin Newsom, et al. | No. | cv-09-4493 |

I hereby certify that on November 24, 2009, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR STAY OF PROCEEDINGS PURSUANT TO STIPULATION [L.R. 6-2(a).]**

**DECLARATION OF GEOFFREY L. GRAYBILL IN SUPPORT OF STIPULATION FOR REQUEST TO STAY PROCEEDINGS**

**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On November 23, 2009, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Daniel Michael Karalash<br>The Law Office of Daniel M. Karalash<br>1207 Front Street, Suite 15<br>Sacramento, CA 95814 | Sherri Sokeland Kaiser<br>Office of the City Attorney<br>City & County of San Francisco<br>#1 Dr. Carlton B. Goodlett Place<br>City Hall, Room 234<br>San Francisco, CA 94102-4682 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 24, 2009, at Sacramento, California.

| | |
|---|---|
| Brenda Sanders | *[signature: Brenda Sanders]* |
| Declarant | Signature |

10513370.doc