1  EDMUND G. BROWN JR.
   Attorney General of California
2  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
3  GEOFFREY GRAYBILL
   Deputy Attorney General
4  State Bar No. 53643
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 324-5465
     Fax:  (916) 324-8835
7    E-mail:  Geoffrey.Graybill@doj.ca.gov
   *Attorneys for Defendant Attorney General Brown*

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13 **THERESE MARIE PIZZO,** | cv-09-4493-TEH |
| 14 Plaintiff, | **DECLARATION OF GEOFFREY L.** |
| 15 | **GRAYBILL IN SUPPORT OF** |
| 15 v. | **STIPULATION FOR REQUEST TO** |
| 16 | **STAY PROCEEDINGS** |
| 17 **CITY AND COUNTY OF SAN** | Date: |
| **FRANCISCO MAYOR GAVIN NEWSOM,** | Time: |
| 18 **in both his individual and official capacities;** | Courtroom: |
| **FORMER SAN FRANCISCO POLICE** | Judge       Honorable Thelton E. |
| 19 **DEPARTMENT; CHIEF OF POLICE** | Henderson |
| **HEATHER FONG; in both her individual** | Trial Date  N.A. |
| 20 **and official capacities; SAN FRANCISCO** | Action Filed:  September 23, 2009 |
| **POLICE DEPARTMENT CHIEF OF** | |
| 21 **POLICE GEORGE GASCON; in his** | |
| **official capacity; SAN FRANCISCO** | |
| 22 **SHERIFF MICHAEL HENNESSEY, in** | |
| **both his individual and official capacities;** | |
| 23 **CITY AND COUNTY OF SAN** | |
| **FRANCISCO; and STATE OF** | |
| 24 **CALIFORNIA ATTORNEY GENERAL** | |
| **EDMUND G. BROWN, in his official** | |
| 25 **capacity,** | |
| 26 Defendants. | |

27

28

1

1    I, GEOFFREY L. GRAYBILL, declare as follows:

2    1. I am a Deputy Attorney General of California and member of the California State Bar.  I

3    have been assigned to represent defendant Edmund G. Brown Jr. sued in his official capacity as

4    Attorney General of California in this action.

5    2. In the aforesaid capacity, I am also representing state defendants in cases pending in the

6    U. S. Court of Appeals for the Ninth Circuit in which the core issues are the same as those raised

7    in this action: whether state regulation of concealed firearms violates plaintiffs' asserted right to

8    keep and bear arms under the Second Amendment which plaintiffs contend applies to the states

9    through incorporation by the Fourteenth Amendment.

10   3. The two cases pending in the Ninth Circuit are *Mehl v. Blanas*, No. 08-15773 (9th Cir.)

11   and *Rothery v. County of Sacramento*, No. 09-16852 (9th Cir.).  The parties in *Rothery* have

12   applied for an order staying further proceedings and a ruling is expected shortly.  Although oral

13   argument has been completed in *Mehl*, the panel withdrew the submission pending a decision by

14   the en banc panel in *Nordyke v. King*, No. 07-15763 (9th Cir.).  Both the incorporation issue and

15   the scope of the Second Amendment issue are pending decision in *Mehl* and *Nordyke*.

16   4. The en banc panel in *Nordyke* also withdrew its submission after oral argument pending

17   a decision by the U.S. Supreme Court in *McDonald v. City of Chicago* (Docket # 08-1521).  The

18   Supreme Court granted certiorari in *McDonald* to decide whether its landmark decision in *District*

19   *of Columbia v. Heller*, --- U.S. ---, 128 S.Ct. 2783 (2008) holding there is an individual right to

20   keep and bear arms under the Second Amendment applies to the states.

21   5. Decisions in *Mehl* and *Nordyke* will establish the legal framework for further

22   proceedings in this case.  Until these cases are decided, the parties are faced with great

23   uncertainty regarding applicable law.  Thus, proceeding further in this case before the related

24   appeals are decided risks potentially unnecessary or duplicative expenditure of time and resources

25   for the parties and for this Court.  In my opinion, a stay of further proceedings until the Ninth

26   Circuit decides the legal parameters which will be controlling in this case will promote the best

27   interests of the Court and the parties.

28

2

1     6. The parties will notify this Court immediately when a decision is filed in *Mehl* which

2 will have the most direct impact on this case.

3     Executed at Sacramento, California on November 6, 2009.

4     I declare under penalty of perjury that the foregoing statements are true and correct of my

5 personal knowledge except where stated on information and belief and, as to those statements, I

6 believe them to be true and correct

7

8

9                GEOFFREY L. GRAYBILL

10

11

12

13

14   SA2009102556

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# CERTIFICATE OF SERVICE

Case Name:   **Therese Marie Pizzo v. City and**      No.   **cv-09-4493**
**County of San Francisco Mayor**
**Gavin Newsom, et al.**

I hereby certify that on <u>November 24, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR STAY OF PROCEEDINGS PURSUANT TO STIPULATION [L.R. 6-2(a).]**

**DECLARATION OF GEOFFREY L. GRAYBILL IN SUPPORT OF STIPULATION FOR REQUEST TO STAY PROCEEDINGS**

**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 23, 2009</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Daniel Michael Karalash<br>The Law Office of Daniel M. Karalash<br>1207 Front Street, Suite 15<br>Sacramento, CA 95814 | Sherri Sokeland Kaiser<br>Office of the City Attorney<br>City & County of San Francisco<br>#1 Dr. Carlton B. Goodlett Place<br>City Hall, Room 234<br>San Francisco, CA 94102-4682 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 24, 2009</u>, at Sacramento, California.

<u>Brenda Sanders</u>
Declarant

_Brenda Sanders_
Signature

10513370.doc