1
2
3
4
5
6
7
8
9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>                                    Plaintiff,<br><br>           v.<br><br>CITY AND COUNTY OF SAN<br>FRANCISCO MAYOR GAVIN NEWSOM,<br>in both his individual and official capacities;<br>FORMER SAN FRANCISCO POLICE<br>DEPARTMENT; CHIEF OF POLICE<br>HEATHER FONG; in both her individual<br>and official capacities; SAN FRANCISCO<br>POLICE DEPARTMENT CHIEF OF<br>POLICE GEORGE GASCON; in his<br>official capacity; SAN FRANCISCO<br>SHERIFF MICHAEL HENNESSEY, in<br>both his individual and official capacities;<br>CITY AND COUNTY OF SAN<br>FRANCISCO; and STATE OF<br>CALIFORNIA ATTORNEY GENERAL<br>EDMUND G. BROWN, in his official<br>capacity,<br><br>                                    Defendants. | cv-09-4493-TEH<br><br>**[PROPOSED] ORDER GRANTING<br>STAY OF PROCEEDINGS**<br><br>Judge          Honorable Thelton E.<br>               Henderson<br><br>Trial Date     None Set<br><br>Action Filed:  September 23, 2009 |

1

1    Good cause appearing, it is hereby ORDERED that further proceedings in this matter,

2  including all deadlines set in the current case management order, are stayed pending further order

3  of the Court.

4

5  DATED: _____          _____
                                             Honorable Thelton E. Henderson
6                                            U.S. District Court Judge

7

8  SA2009102556
   10507632.doc
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Stay of Proceedings  (cv-09-4493-TEH)

# CERTIFICATE OF SERVICE

Case Name:  **Therese Marie Pizzo v. City and**          No.    cv-09-4493
            **County of San Francisco Mayor**
            **Gavin Newsom, et al.**

I hereby certify that on <u>November 24, 2009,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR STAY OF PROCEEDINGS PURSUANT TO STIPULATION [L.R. 6-2(a).]**

**DECLARATION OF GEOFFREY L. GRAYBILL IN SUPPORT OF STIPULATION FOR REQUEST TO STAY PROCEEDINGS**

**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 23, 2009,</u> I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| Daniel Michael Karalash<br>The Law Office of Daniel M. Karalash<br>1207 Front Street, Suite 15<br>Sacramento, CA 95814 | Sherri Sokeland Kaiser<br>Office of the City Attorney<br>City & County of San Francisco<br>#1 Dr. Carlton B. Goodlett Place<br>City Hall, Room 234<br>San Francisco, CA 94102-4682 |
|---|---|

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 24, 2009,</u> at Sacramento, California.

_____            _____
Brenda Sanders                                    Signature
Declarant

10513370.doc