1

2

3

4

5

6

7

8

9        IN THE UNITED STATES DISTRICT COURT

10      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **THERESE MARIE PIZZO,** | cv-09-4493-CW |
| Plaintiff, | |
| v. | **ORDER GRANTING STAY OF PROCEEDINGS AS MODIFIED** |
| **CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG; in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON; in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,** | Judge          Honorable Claudia Wilken |
| | Trial Date     None Set |
| | Action Filed:  September 23, 2009 |
| Defendants. | |

1

1         Good cause appearing, it is hereby ORDERED that further proceedings in this matter,

2    including all deadlines set in the current case management order, are stayed pending further order

3    of the Court.  The deadlines set by Federal Rules of Civil Procedure and local rules for filing

4    pleadings responsive to the complaint are suspended pending further order of the court, **except**

5    **the Case Management Conference shall remain set for 4/6/10.  If a ruling has  not been**

6    **issued by the U.S. Supreme Court, the CMC may be continued by stipulation.**

7

8

9    DATED:  _____          12/10/09

10   _____
     Honorable Claudia Wilken
     U.S. District Court Judge

11

12   SA2009102556
     10507632.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28