1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE MARIE PIZZO,** | cv-09-4493-CW |
| Plaintiff, | |
| v. | **ORDER GRANTING STAY OF PROCEEDINGS AS MODIFIED** |
| **CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG; in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON; in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,** | Judge   Honorable Claudia Wilken  Trial Date   None Set  Action Filed:   September 23, 2009 |
| Defendants. | |

1

1  Good cause appearing, it is hereby ORDERED that further proceedings in this matter,
2  including all deadlines set in the current case management order, are stayed pending further order
3  of the Court.  The deadlines set by Federal Rules of Civil Procedure and local rules for filing
4  pleadings responsive to the complaint are suspended pending further order of the court, **except**
5  **the Case Management Conference shall remain set for 4/6/10.  If a ruling has not been**
6  **issued by the U.S. Supreme Court, the CMC may be continued by stipulation.**

DATED: __12/10/09_____          _____/s/ Claudia Wilken_____
                                                                                Honorable Claudia Wilken
                                                                                U.S. District Court Judge

SA2009102556
10507632.doc