| | |
|---|---|
| 1 | THE LAW OFFICES OF GARY W. GORSKI |
| | Gary W. Gorski - SBN: 166526 |
| 2 | 1207 Front St., Suite 15 |
| | Sacramento, CA  95814 |
| 3 | Tel. (916) 965-6800 |
| | Fax (916) 965-6801 |
| 4 | usrugby@gmail.com |
| 5 | Co-Counsel |
| | THE LAW OFFICE OF DANIEL M. KARALASH |
| 6 | Daniel M. Karalash - SBN: 176422 |
| | Tel. (916) 787-1234 |
| 7 | Fax (916) 787-0267 |
| 8 | LAW OFFICE OF DUSTIN MACFARLANE |
| | Dustin MacFarlane - SBN: 262162 |
| 9 | dustinmacfarlane@gmail.com |
| 10 | LAW OFFICE OF BRIAN KENNEDY |
| | Brian Kennedy - SBN: 247961 |
| 11 | brian_kennedy6@yahoo.com |
| 12 | Attorneys for Plaintiff |

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESE MARIE PIZZO, | ) | Case No. 09-cv-04493-CW |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | ) | |
| Defendants. | ) | |

Plaintiff THERESE MARIE PIZZO by and through her attorneys of record and Defendants, by and through their respective attorneys of record, hereby stipulate to a continuance of the case

- 1 -

**Stipulation of the Parties to Continue the Case Management Conference Pending a Ruling by the United States Supreme Court**

1 management conference currently scheduled for April 6, 2010.  There is good cause for the
2 continuance because the case remains stayed.
3       **IT IS SO STIPULATED THIS FRIDAY, APRIL 2, 2010**,

4     /S/  Gary W. Gorski
Gary W. Gorski
5 1207 Front St., Suite 15
Sacramento, CA  95814
6 Tel. (916) 965-6800
Fax (916) 965-6801
7 Attorney for Plaintiff

8  /S/ Geoffrey L. Graybill
Geoffrey L. Graybill
9 Deputy Attorney General
Government Law Section
10 1300 I Street
Sacramento, CA 95814
11 Telephone: 916-324-5465
Fax:   916-324-8835
12 Cell:   916-296-2472
Attorney for Defendant STATE OF CALIFORNIA
13 ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity

14

15  /S/ Sherri Sokeland Kaiser
Sherri Sokeland Kaiser
Deputy City Attorney
16 City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
17 San Francisco, CA 94102-4682
(415) 554-4691 (direct)
18 (415) 554-4747 (fax)
Attorney for Defendants CITY AND COUNTY OF SAN
19 FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN
20 FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official
21 capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official
22 capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities;
23 CITY AND COUNTY OF SAN FRANCISCO.

24
25
26
27
28

**Stipulation of the Parties to Continue the Case Management Conference Pending a Ruling by the United States Supreme Court**