| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
|   | SHERRI KAISER, State Bar #197986 |
| 3 | Deputy City Attorneys |
|   | 1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234 |
|   | San Francisco, California 94102-4682 |
| 5 | Telephone: (415) 554-4691 |
|   | Facsimile: (415) 554-4747 |
| 6 | E-Mail: sherri.kaiser@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, HEATHER FONG,
GEORGE GASCON, and MICHAEL HENNESSEY,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESE MARIE PIZZO, | Case No. C09-4493 CW |
|---|---|
| Plaintiff, | ORDER GRANTING |
|  | **STIPULATION OF THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | |
| Defendants. | |

STIPULATION TO CONTINUE CASE
MANGEMENT CONFERENCE; **C09-4493 CW**

n:\govlit\li2009\100363\00620422.doc

Plaintiff THERESE MARIE PIZZO by and through her attorneys of record and Defendants, by and through their respective attorneys of record, hereby stipulate to a continuance of the case management conference currently scheduled for April 6, 2010. There is good cause for a continuance because the case remains stayed pending decision in another case.

**IT IS SO STIPULATED THIS THURSDAY, APRIL 1, 2010.**

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
SHERRI SOKELAND KAISER
Deputy City Attorneys


By:_____/S/_____.
SHERRI SOKELAND KAISER

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, GEORGE GASCON, HEATHER FONG AND MICHAEL HENNESSEY


THE LAW OFFICES OF GARY W. GORSKI


By:_____/S/_____.
GARY W. GORSKI
Attorney for Plaintiff


CALIFORNIA ATTORNEY GENERAL'S OFFICE
Geoffrey L. Graybill
Deputy Attorney General


By:_____/S/_____.
GEOFFREY L. GRAYBILL
Attorney for Defenant STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN

**IT IS SO ORDERED. THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 7/13/2010 AT 2:00 p.m.**

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE CASE
MANGEMENT CONFERENCE; **C09-4493 CW**

n:\govlit\li2009\100363\00620422.doc