| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137<br>SHERRI KAISER, State Bar #197986 |
| 3 | Deputy City Attorneys<br>1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234<br>San Francisco, California 94102-4682 |
| 5 | Telephone: (415) 554-4691<br>Facsimile: (415) 554-4747 |
| 6 | E-Mail: sherri.kaiser@sfgov.org |
| 7 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, |
| 8 | GAVIN NEWSOM, HEATHER FONG,<br>GEORGE GASCON, and MICHAEL HENNESSEY, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>　　　　　　Defendants. | Case No. C09-4493 CW<br>ORDER GRANTING<br>**STIPULATION OF THE PARTIES TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

STIPULATION TO CONTINUE CASE
MANGEMENT CONFERENCE; **C09-4493 CW**

n:\govlit\li2009\100363\00620422.doc

1  Plaintiff THERESE MARIE PIZZO by and through her attorneys of record and Defendants, by
2 and through their respective attorneys of record, hereby stipulate to a continuance of the case
3 management conference currently scheduled for April 6, 2010.  There is good cause for a continuance
4 because the case remains stayed pending decision in another case.

5
6  **IT IS SO STIPULATED THIS THURSDAY, APRIL 1, 2010.**
7
8  DENNIS J. HERRERA
   City Attorney
9  WAYNE SNODGRASS
   SHERRI SOKELAND KAISER
10 Deputy City Attorneys
11
12  By: _____/S/_____.
    SHERRI SOKELAND KAISER
13
    Attorneys for Defendants CITY AND COUNTY OF
14  SAN FRANCISCO, GAVIN NEWSOM, GEORGE
    GASCON, HEATHER FONG AND MICHAEL
15  HENNESSEY
16
    THE LAW OFFICES OF GARY W. GORSKI
17
18  By: _____/S/_____.
    GARY W. GORSKI
19  Attorney for Plaintiff
20
21
    CALIFORNIA ATTORNEY GENERAL'S OFFICE
22  Geoffrey L. Graybill
    Deputy Attorney General
23
24  By: _____/S/_____.
    GEOFFREY L. GRAYBILL
25  Attorney for Defendant STATE OF CALIFORNIA
    ATTORNEY GENERAL EDMUND G. BROWN
26 **IT IS SO ORDERED.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO
    7/13/2010 AT 2:00 p.m.**
27
28

STIPULATION TO CONTINUE CASE
MANGEMENT CONFERENCE; **C09-4493 CW**

IT IS SO ORDERED
Judge Claudia Wilken

n:\govlit\li2009\100363\00620422.doc