IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO, | No. 09-4493 CW |
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. / | |

On April 5, 2010, pursuant to the parties' stipulation, the Court continued the initial case management conference to July 13, 2010. This action was stayed pending the Supreme Court's decision in <u>McDonald v. City of Chicago</u>, which issued on June 28, 2010.

No appearance was made by or on behalf of Plaintiff Therese Marie Pizzo at the case management conference. Accordingly, this action is dismissed without prejudice for failure to prosecute. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: July 14, 2010

_____
CLAUDIA WILKEN
United States District Judge