1  THE LAW OFFICES OF GARY W. GORSKI
   Gary W. Gorski - SBN: 166526
2  1207 Front St., Suite 15
   Sacramento, CA  95814
3  Tel. (916) 965-6800
   Fax (916) 965-6801
4  usrugby@gmail.com

5  Co-Counsel
   THE LAW OFFICE OF DANIEL M. KARALASH
6  Daniel M. Karalash - SBN: 176422
   Tel. (916) 787-1234
7  Fax (916) 787-0267

8  LAW OFFICE OF DUSTIN MACFARLANE
   Dustin MacFarlane - SBN: 262162
9  dustinmacfarlane@gmail.com

10 LAW OFFICE OF BRIAN KENNEDY
   Brian Kennedy - SBN: 247961
11 brian_kennedy6@yahoo.com

12 Attorneys for Plaintiff

13                THE UNITED STATES DISTRICT COURT

14          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO, | Case No. 09-cv-04493-CW |
| Plaintiff, | |
| vs. | **STIPULATION OF THE PARTIES TO SET ASIDE ORDER OF JULY 14, 2010 FOR FAILURE TO APPEAR AND TO RESET THE CASE BACK ON THE CASE MANAGEMENT CONFERENCE CALENDER** |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | |
| Defendants. | |

    Plaintiff THERESE MARIE PIZZO by and through her attorneys of record, and Defendants
CITY AND COUNTY OF SAN FRANCISCO and its named officials and Defendant STATE OF

- 1 -

Stipulation of the Parties to Set Aside Order of July 14, 2010

CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, by and through their respective attorneys of record hereby stipulate to the following recitals and proposed order:

WHEREAS each of the attorneys for the parties independently and inadvertently failed to notice the Court's addition in the footer area of Docket entry Number 16, 04/05/10, Stipulation of the Parties to Continue the Case Management Conference, that reset the Case Management Conference for 7/13/2010 at 2:00 p.m., and

WHEREAS the Docket entry for 04/05/2010 stated, "Deadlines terminated. 6 Case Management Scheduling Order," which strongly implied that there were no longer any hearings on calendar, and

WHEREAS the parties apologize for any inconvenience they may have caused the Court by inadvertently failing to attend the July 13, 2010 Case Management Conference, and

WHEREAS in *McDonald v. Chicago*, 561 U.S. ___ (2010), the Court held that the right of an individual to "keep and bear arms" protected by the Second Amendment to the United States Constitution is incorporated by the Due Process Clause of the Fourteenth Amendment and applies to the states. There are several cases pending in the U.S. Court of Appeals for the Ninth Circuit that may address issues left open by *Heller* and *McDonald* regarding the standard of review for claims under the Second Amendment (*Mehl v. Blanas* and *Nordyke v. King*) and the viability of California's Carry Concealed Weapons permits (CCW) under a appropriate standard of review (*Mehl*). Both *Mehl* and *Nordyke* have been fully briefed and argued. Decisions in these matters were stayed pending the ruling in *McDonald*. Resolution of these issues by the Ninth Circuit could have a direct bearing on the disposition of this case.

WHEREAS it was and is the parties intent to prevent multiple proceedings on the same legal issue, and also to eliminate duplicate proceedings the could result in conflicting opinions on a common nucleus of law; the parties attempted to coordinate this case with other pending actions that involved some of the same legal issues.

WHEREAS the parties believe it would be in the best interest of judicial economy to have the case stayed until the U.S. Court of Appeals for the Ninth Circuit renders final decisions in *Nordyke v.*

*King* and *Mehl v. Blanas*.

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING ORDER:

The Order dated July 14, 2010 dismissing the case for failure to prosecute is hereby set aside. Plaintiff's counsel is directed to notify the Court in writing when the U.S. Court of Appeals for the Ninth Circuit renders final decisions in *Nordyke v. King* and *Mehl v. Blanas* including copies of the opinions. After receipt of both decisions the Court will issue an order setting a case management conference.

**IT IS SO STIPULATED THIS THURSDAY, JULY 15, 2010**,

/S/ Gary W. Gorski
Gary W. Gorski
1207 Front St., Suite 15
Sacramento, CA 95814
Tel. (916) 965-6800
Fax (916) 965-6801
Attorney for Plaintiff

/S/ Geoffrey L. Graybill
Geoffrey L. Graybill
Deputy Attorney General
Government Law Section
1300 I Street
Sacramento, CA 95814
Telephone: 916-324-5465
Fax: 916-324-8835
Cell: 916-296-2472
Attorney for Defendant STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity

/S/ Sherri Sokeland Kaiser
Sherri Sokeland Kaiser
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
(415) 554-4691 (direct)
(415) 554-4747 (fax)
Attorney for Defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO.

Stipulation of the Parties to Set Aside Order of July 14, 2010

1     IT IS SO ORDERED,

2

3   Dated: _____            _____

4                                                  **Judge Claudia Wilken**
                                                 **U.S. District Court Judge**