THE LAW OFFICES OF GARY W. GORSKI
Gary W. Gorski - SBN: 166526
1207 Front St., Suite 15
Sacramento, CA 95814
Tel. (916) 965-6800
Fax (916) 965-6801
usrugby@gmail.com

Co-Counsel
THE LAW OFFICE OF DANIEL M. KARALASH
Daniel M. Karalash - SBN: 176422
Tel. (916) 787-1234
Fax (916) 787-0267

LAW OFFICE OF DUSTIN MACFARLANE
Dustin MacFarlane - SBN: 262162
dustinmacfarlane@gmail.com

LAW OFFICE OF BRIAN KENNEDY
Brian Kennedy - SBN: 247961
brian_kennedy6@yahoo.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>    Defendants. | Case No. 09-cv-04493-CW<br><br>**NOTICE OF WITHDRAW OF DOCKET ENTRY 20 "STIPULATION OF THE PARTIES TO SET ASIDE ORDER OF JULY 14, 2010 FOR FAILURE TO APPEAR AND TO RESET THE CASE BACK ON THE CASE MANAGEMENT CONFERENCE CALENDER"** |

Plaintiff THERESE MARIE PIZZO by and through her attorney of record, hereby withdraws from consideration Document Number: 20 **"STIPULATION OF THE PARTIES TO SET**

- 1 -
**NOTICE OF WITHDRAW OF DOCKET ENTRY 20**

**ASIDE ORDER OF JULY 14, 2010 FOR FAILURE TO APPEAR AND TO RESET THE CASE BACK ON THE CASE MANAGEMENT CONFERENCE CALENDER**", inadvertently filed by Plaintiffs counsel.

/S/  Gary W. Gorski
Gary W. Gorski
1207 Front St., Suite 15
Sacramento, CA  95814
Tel. (916) 965-6800
Fax (916) 965-6801
Attorney for Plaintiff

- 2 -

**NOTICE OF WITHDRAW OF DOCKET ENTRY 20**