THE LAW OFFICES OF GARY W. GORSKI
Gary W. Gorski - SBN: 166526
1207 Front St., Suite 15
Sacramento, CA  95814
Tel. (916) 965-6800
Fax (916) 965-6801
usrugby@gmail.com

Co-Counsel
THE LAW OFFICE OF DANIEL M. KARALASH
Daniel M. Karalash - SBN: 176422
Tel. (916) 787-1234
Fax (916) 787-0267

LAW OFFICE OF DUSTIN MACFARLANE
Dustin MacFarlane - SBN: 262162
dustinmacfarlane@gmail.com

LAW OFFICE OF BRIAN KENNEDY
Brian Kennedy - SBN: 247961
brian_kennedy6@yahoo.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>    Defendants.<br>_____ | Case No. 09-cv-04493-CW<br><br>*AMENDED* STIPULATION OF THE PARTIES TO SET ASIDE ORDER OF JULY 14, 2010 FOR FAILURE TO APPEAR AND TO RESET THE CASE BACK ON THE CASE MANAGEMENT CONFERENCE CALENDER |

Plaintiff THERESE MARIE PIZZO by and through her attorneys of record, Defendants CITY AND COUNTY OF SAN FRANCISCO and its named officials and Defendant STATE OF

- 1 -

CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, by and through their respective attorneys of record hereby stipulate to the following recitals and proposed order:

WHEREAS each of the attorneys for the parties independently failed to notice the Court's addition in the footer area of Docket entry Number 16, 04/05/10, Stipulation of the Parties to Continue the Case Management Conference, that reset the Case Management Conference for 7/13/2010 at 2:00 p.m., and

WHEREAS the Docket entry for 04/05/2010 stated, "Deadlines terminated. 6 Case Management Scheduling Order," which implied that there were no longer any hearings on calendar, and

WHEREAS the parties apologize for any inconvenience they may have caused the Court by inadvertently failing to attend the July 13, 2010 Case Management Conference, and

WHEREAS the parties agree that this case should remain stayed in the aftermath of *McDonald v. Chicago*, 561 U.S. ___ (2010) and *District of Columbia v. Heller*, 554 U.S. __, 128 S.Ct. 2783, 171 L.Ed.2d 637 (2008).  There are several cases pending in the U.S. Court of Appeals for the Ninth Circuit that may address issues left open by *McDonald* regarding the standard of review for claims under the Second Amendment, *Nordyke v. King* Case No. 07-15763, *Rothery v. Blanas*, Case No. 09-16852 and *Mehl v. Blanas*, Case No. 08-15773 and the viability of California's Carry Concealed Weapons permits (CCW) under a appropriate standard of review (*Mehl*).  Both *Mehl* and *Nordyke* have been fully briefed and argued.  Decisions in these matters were stayed pending the ruling in *McDonald*.  The opening brief was filed in *Rothery*, and the Ninth Circuit put the opposition on hold until the *McDonald* decision came out.  Resolution of these issues by the Ninth Circuit could have a direct bearing on the disposition of this case, and

WHEREAS there is currently an earlier-filed case before Judge Seeborg, *Jackson v. City and County of San Francisco*, No. C09-2143 RS, and though the Attorney General is not a party to that case, both the City and County of San Francisco and Plaintiff represent that *Jackson* raises the same claims against the same San Francisco ordinances as Plaintiff raises here, and

WHEREAS both the City and County of San Francisco and Plaintiff hope to prevent

1  duplicate proceedings on the same legal issue that could result in conflicting opinions issues by
2  moving to consolidate this case with *Jackson*, and
3      WHEREAS the parties agree that it would also be in the interest of judicial economy to have
4  the case stayed until the U.S. Court of Appeals for the Ninth Circuit renders final decisions in
5  *Nordyke v. King* and *Mehl v. Blanas*, and Judge Seeborg decides whether to consolidate this case
6  with *Jackson*,
7      THE PARTIES HEREBY STIPULATE TO THE FOLLOWING ORDER:
8      The Order dated July 14, 2010 dismissing the case for failure to prosecute is hereby set aside.
9  Plaintiff's counsel is directed to notify the Court in writing when the U.S. Court of Appeals for the
10 Ninth Circuit renders final decisions in *Nordyke v. King* and *Mehl v. Blanas* including copies of the
11 opinions. Counsel for Defendant City and County of San Francisco shall likewise notify the Court in
12 writing on the disposition of the motion to consolidate. After receipt of these notifications, the Court
13 will issue an order setting a case management conference.
14      **IT IS SO STIPULATED THIS THURSDAY, JULY 15, 2010**,

/S/  Gary W. Gorski
Gary W. Gorski
1207 Front St., Suite 15
Sacramento, CA  95814
Tel. (916) 965-6800
Fax (916) 965-6801
Attorney for Plaintiff

 /S/ Geoffrey L. Graybill
Geoffrey L. Graybill
Deputy Attorney General
Government Law Section
1300 I Street
Sacramento, CA 95814
Telephone:  916-324-5465
Fax:   916-324-8835
Cell:   916-296-2472
Attorney for Defendant STATE OF CALIFORNIA
ATTORNEY GENERAL EDMUND G. BROWN, in his
official capacity

 /S/ Sherri Sokeland Kaiser
Sherri Sokeland Kaiser
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
(415) 554-4691 (direct)

Stipulation of the Parties to Set Aside Order of July 14, 2010

(415) 554-4747 (fax)
Attorney for Defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO.

**IT IS SO ORDERED,** except that a Further Case Management Conference is set for October 5, 2010 at 2 p.m.

**Dated:** _____7/22/2010_____

_____
**Judge Claudia Wilken**
**U.S. District Court Judge**

- 4 -

**Stipulation of the Parties to Set Aside Order of July 14, 2010**