

THE LAW OFFICES OF GARY W. GORSKI
Gary W. Gorski - SBN: 166526
1207 Front St., Suite 15
Sacramento, CA  95814
Tel. (916) 965-6800
Fax (916) 965-6801
usrugby@gmail.com

Co-Counsel
THE LAW OFFICE OF DANIEL M. KARALASH
Daniel M. Karalash - SBN: 176422
Tel. (916) 787-1234
Fax (916) 787-0267

LAW OFFICE OF DUSTIN MACFARLANE
Dustin MacFarlane - SBN: 262162
dustinmacfarlane@gmail.com

LAW OFFICE OF BRIAN KENNEDY
Brian Kennedy - SBN: 247961
brian_kennedy6@yahoo.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, <br><br> Defendants. | Case No. 09-cv-04493-CW <br><br> ***AMENDED* STIPULATION OF THE PARTIES TO SET ASIDE ORDER OF JULY 14, 2010 FOR FAILURE TO APPEAR AND TO RESET THE CASE BACK ON THE CASE MANAGEMENT CONFERENCE CALENDER** |

Plaintiff THERESE MARIE PIZZO by and through her attorneys of record, Defendants

CITY AND COUNTY OF SAN FRANCISCO and its named officials and Defendant STATE OF

CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, by and through their respective attorneys of record hereby stipulate to the following recitals and proposed order:

WHEREAS each of the attorneys for the parties independently failed to notice the Court's addition in the footer area of Docket entry Number 16, 04/05/10, Stipulation of the Parties to Continue the Case Management Conference, that reset the Case Management Conference for 7/13/2010 at 2:00 p.m., and

WHEREAS the Docket entry for 04/05/2010 stated, "Deadlines terminated. 6 Case Management Scheduling Order," which implied that there were no longer any hearings on calendar, and

WHEREAS the parties apologize for any inconvenience they may have caused the Court by inadvertently failing to attend the July 13, 2010 Case Management Conference, and

WHEREAS the parties agree that this case should remain stayed in the aftermath of *McDonald v. Chicago*, 561 U.S. ___ (2010) and *District of Columbia v. Heller*, 554 U.S. __, 128 S.Ct. 2783, 171 L.Ed.2d 637 (2008).  There are several cases pending in the U.S. Court of Appeals for the Ninth Circuit that may address issues left open by *McDonald* regarding the standard of review for claims under the Second Amendment, *Nordyke v. King* Case No. 07-15763, *Rothery v. Blanas*, Case No. 09-16852 and *Mehl v. Blanas*, Case No. 08-15773 and the viability of California's Carry Concealed Weapons permits (CCW) under a appropriate standard of review (*Mehl*).  Both *Mehl* and *Nordyke* have been fully briefed and argued.  Decisions in these matters were stayed pending the ruling in *McDonald*.  The opening brief was filed in *Rothery*, and the Ninth Circuit put the opposition on hold until the *McDonald* decision came out.  Resolution of these issues by the Ninth Circuit could have a direct bearing on the disposition of this case, and

WHEREAS there is currently an earlier-filed case before Judge Seeborg, *Jackson v. City and County of San Francisco*, No. C09-2143 RS, and though the Attorney General is not a party to that case, both the City and County of San Francisco and Plaintiff represent that *Jackson* raises the same claims against the same San Francisco ordinances as Plaintiff raises here, and

WHEREAS both the City and County of San Francisco and Plaintiff hope to prevent

**- 2 -**

1  duplicate proceedings on the same legal issue that could result in conflicting opinions issues by

2  moving to consolidate this case with *Jackson*, and

3       WHEREAS the parties agree that it would also be in the interest of judicial economy to have

4  the case stayed until the U.S. Court of Appeals for the Ninth Circuit renders final decisions in

5  *Nordyke v. King* and *Mehl v. Blanas*, and Judge Seeborg decides whether to consolidate this case

6  with *Jackson*,

7       THE PARTIES HEREBY STIPULATE TO THE FOLLOWING ORDER:

8       The Order dated July 14, 2010 dismissing the case for failure to prosecute is hereby set aside.

9  Plaintiff's counsel is directed to notify the Court in writing when the U.S. Court of Appeals for the

10  Ninth Circuit renders final decisions in *Nordyke v. King* and *Mehl v. Blanas* including copies of the

11  opinions. Counsel for Defendant City and County of San Francisco shall likewise notify the Court in

12  writing on the disposition of the motion to consolidate.  After receipt of these notifications, the Court

13  will issue an order setting a case management conference.

14       **IT IS SO STIPULATED THIS THURSDAY, JULY 15, 2010**,

15                              /S/  Gary W. Gorski
                                Gary W. Gorski
16                              1207 Front St., Suite 15
                                Sacramento, CA  95814
17                              Tel. (916) 965-6800
                                Fax (916) 965-6801
18                              Attorney for Plaintiff

19                               /S/ Geoffrey L. Graybill
                                Geoffrey L. Graybill
20                              Deputy Attorney General
                                Government Law Section
21                              1300 I Street
                                Sacramento, CA 95814
22                              Telephone:  916-324-5465
                                Fax:  916-324-8835
23                              Cell:  916-296-2472
                                Attorney for Defendant STATE OF CALIFORNIA
24                              ATTORNEY GENERAL EDMUND G. BROWN, in his
                                official capacity
25
                                 /S/ Sherri Sokeland Kaiser
26                              Sherri Sokeland Kaiser
                                Deputy City Attorney
27                              City Hall, Room 234
                                1 Dr. Carlton B. Goodlett Place
28                              San Francisco, CA 94102-4682
                                (415) 554-4691 (direct)

Stipulation of the Parties to Set Aside Order of July 14, 2010

1    (415) 554-4747 (fax)
     Attorney for Defendants CITY AND COUNTY OF SAN
2    FRANCISCO MAYOR GAVIN NEWSOM, in both his
     individual and official capacities; FORMER SAN
3    FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE
     HEATHER FONG, in both her individual and official
4    capacities; SAN FRANCISCO POLICE DEPARTMENT
     CHIEF OF POLICE GEORGE GASCON, in his official
5    capacity; SAN FRANCISCO SHERIFF MICHAEL
     HENNESSEY, in both his individual and official capacities;
6    CITY AND COUNTY OF SAN FRANCISCO.

7    **IT IS SO ORDERED,** except that a Further Case Management Conference is set for

8    October 5, 2010 at 2 p.m.

9    **Dated:**_____ 7/22/2010 _____

10   **Judge Claudia Wilken**
     **U.S. District Court Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**- 4 -**