DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:     (415) 554-4747
E-Mail:        sherri.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, HEATHER FONG,
GEORGE GASCON, and MICHAEL HENNESSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO, | Case No. C09-4493 CW |
| Plaintiff, | **SAN FRANCISCO DEFENDANTS' SEPARATE FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | Hearing Date:  October 5, 2010<br>Time:          2:00 p.m.<br>Place:         Courtroom 2, 4th Floor<br>Judge:         Hon. Claudia Wilken |
| Defendants. | |

Defendants City and County of San Francisco, Mayor Gavin Newsom, Police Chief George Gascón, former Police Chief Heather Fong, and San Francisco County Sherriff Michael Hennessey (collectively, "San Francisco Defendants") have been unsuccessful in their attempts to coordinate a joint further case management statement with the other parties to this action in time to file it by the filing deadline.  *See* Kaiser Declaration in Support of San Francisco Defendants' Separate Further Case Management Conference Statement at ¶ 2.  Accordingly, they now file this separate statement with apologies to the Court for any inconvenience that filing separately may cause.

Plaintiff Therese Marie Pizzo filed her complaint against California Attorney General Edmund Brown and the San Francisco Defendants on September 23, 2010.  *See* Docket Entry No. 1.  On December 10, 2010, pursuant to a stipulation of the parties, this Court stayed the case pending decisions in several appeals now before the Ninth Circuit that the parties anticipate will decide controlling questions of law.  *See* Docket Entry No. 12.  The Court extended the stay in its Order of April 5, 2010, and continued the case management conference to July 13, 2010.  *See* Docket Entry No. 16.  On July 14, 2010, the Court dismissed the case for failure to prosecute after the parties failed to attend the scheduled hearing.  *See* Docket Entry No. 19.

On July 22, 2010, based on a further stipulation of the parties, this Court set aside its order of dismissal and continued the stay.  *See* Docket Entry No. 25.  The Court also directed Plaintiff to advise the Court when the Ninth Circuit issued final decisions in the relevant pending cases, and ordered the San Francisco Defendants to apprise it in writing of the disposition of their anticipated motion to consolidate this case with *Jackson v. City & County of San Francisco*, No. C09-2143 RS.  Finally, the Court set a further case management conference for October 5, 2010.

Little has changed since the Court issued that order.  The San Francisco Defendants recently filed their motion to consolidate before Judge Seeborg, and it is scheduled for hearing on December 9, 2010.  *See* Kaiser Dec. ¶ 3.  The Ninth Circuit has not issued final decisions in any of the cases forming the basis for the stay.  *Id*.  Accordingly, the San Francisco Defendants request that the Court leave the stay in place at least until the motion to consolidate has been heard and decided, at which

///

///

point they will notify this Court of the decision. If consolidation has been denied, this Court could then reconsider the stay in light of the status of the Ninth Circuit proceedings.

                                        Respectfully submitted,

Date: September 28, 2010         DENNIS J. HERRERA
                                        City Attorney
                                        WAYNE SNODGRASS
                                        SHERRI SOKELAND KAISER
                                        Deputy City Attorneys

                                    By: s/*Sherri Sokeland Kaiser*
                                        SHERRI SOKELAND KAISER

                                        Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, GEORGE GASCÓN, HEATHER FONG AND MICHAEL HENNESSEY