DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
SHERRI KAISER, State Bar #197986
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:    (415) 554-4691
Facsimile:    (415) 554-4747
E-Mail:       sherri.kaiser@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, HEATHER FONG,
GEORGE GASCON, and MICHAEL HENNESSEY,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>           Defendants. | Case No. C09-4493 CW<br><br>**DECLARATION OF SHERRI KAISER IN SUPPORT OF SAN FRANCISCO DEFENDANTS' SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Hearing Date:  October 5, 2010<br>Time:          2:00 p.m.<br>Place:         Courtroom 2, 4th Floor<br>Judge:         Hon. Claudia Wilken |

I, Sherri Sokeland Kaiser, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. I am the attorney of record for Defendants City and County of San Francisco, Mayor Gavin Newsom, Police Chief George Gascón, former Police Chief Heather Fong, and San Francisco County Sherriff Michael Hennessey (collectively, "San Francisco Defendants") in this case. I make the following statements of my own personal knowledge unless otherwise indicated. If called to testify to the truth of these statements, I would and could testify competently thereto.

2. I have unsuccessfully attempted to coordinate a joint case management statement that all parties could jointly file today. The parties have generally been in contact and are familiar with each others' views about the ongoing stay, so I did not anticipate that there would be much of substance to negotiate. Although counsel for the other parties had not contacted me, I also did not contact them until the morning of September 27, 2010, to remind them that a joint statement was due to be filed the next day. Attached hereto as Exhibit A is a true and correct copy of an email from me to opposing counsel sent at 9:55 a.m. on September 27, 2010. In that email, I explained the City's position and asked that one of them take on the task of drafting and circulating a document. I assumed that they were following up appropriately but became concerned when I had heard nothing by the early afternoon of September 28, 2010, the date the joint statement was due. Attached hereto as Exhibit B is a true and correct copy of an email I sent to opposing counsel at 1:15 p.m. on September 28, 2010, inquiring whether they were preparing a joint statement. Around 3:35 p.m., I checked my email and found a response from Geoff Graybill, indicating that nothing had been drafted as of 2:22 p.m. I wrote back, indicating that I doubted that we would be able to filed anything jointly given the lateness of the hour. Attached hereto as Exhibit C is a true and correct copy of an email exchange between myself and Mr. Graybill that took place at 2:22 and 3:35 p.m. on September 28, 2010. Accordingly, I began drafting separate papers. Mr. Graybill called me at 4:50 p.m., confirming that he had not been able to prepare joint papers that could be timely filed today and acknowledging that he had not notified me that he would be unable to do as I had requested.

3. I am also the attorney of record for the defendants in *Jackson v. City & County of San Francisco*, N.D. Cal. Case No. C09-2143 RS. On September 27, 2010, the *Jackson* Defendants filed

DECL. KAISER ISO CCSF'S SEPARATE CMC          1          n:\govlit\li2009\100363\00654761.doc
C09-4493 CW

1  their motion to consolidate the above-captioned case, *Pizzo v. Newsom,* with *Jackson* before Judge
2  Seeborg for all purposes.  The motion is scheduled for hearing on December 9, 2010.
3       I hereby declare under penalty of perjury that the foregoing statements are true and correct.
4  Executed this 28th day of September 2010 at San Francisco, California.

                    *s/Sherri Sokeland Kaiser*
                    SHERRI SOKELAND KAISER

DECL. KAISER ISO CCSF'S SEPARATE CMC     2     n:\govlit\li2009\100363\00654761.doc
C09-4493 CW