# EXHIBIT A

## TO

**DECLARATION OF SHERRI KAISER IN SUPPORT OF SAN FRANCISCO DEFENDANTS' SEPARATE CASE MANAGEMENT STATEMENT**

 **Joint CMC Statement due tomorrow**
Sherri Kaiser   to: gary w. gorski
Cc: "'Geoffrey Graybill'"

09/27/2010 09:55 AM

Hi Geoff and Gary,

According to my calendar, our joint CMC statement for the upcoming case management conference is due tomorrow. Our last stip is attached below. I hope to file my motion to consolidate later today.

I'm not sure where things stand with each of you, so I'd appreciate it if you would make some suggestions about what you think the CMC statement should say. Unless you both solidify around some different position that is also acceptable to me, my default position will be that this case should remain stayed until the motion to consolidate is heard and decided. Per our email exchange, the motion to consolidate will be scheduled for hearing December 9.

Geoff, might you be willing to coordinate the drafting and filing this time? Since I am working on my brief, I'd rather defer to one of you.

Thanks,
Sherri

-----"gary w. gorski" <usrugby@gmail.com> wrote: -----

To: <Sherri.Kaiser@sfgov.org>
From: "gary w. gorski" <usrugby@gmail.com>
Date: 07/19/2010 07:57AM
Cc: "'Geoffrey Graybill'" <Geoffrey.Graybill@doj.ca.gov>
Subject: RE: Activity in Case 4:09-cv-04493-CW Pizzo v. Newsom et al Stipulation


HERE IS WHAT WILL BE FILED


Gary W. Gorski

Attorney at Law

1207 Front Street, Suite 15

Sacramento, CA 95814