**EXHIBIT B**

**TO**

**DECLARATION OF SHERRI KAISER IN SUPPORT OF SAN FRANCISCO DEFENDANTS' SEPARATE CASE MANAGEMENT STATEMENT**

 **status of joint statement ?**
Sherri Kaiser   to: Geoffrey Graybill, Gary W. Gorski          09/28/2010 01:15 PM

Are either of you drafting a joint statement? I haven't seen anything in that regard and just wanted to check in.

Sherri Sokeland Kaiser
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
(415) 554-4691 (direct)
(415) 554-4747 (fax)

CONFIDENTIAL COMMUNICATION
This communication is subject to attorney-client and/or work product privilege. If you received it in error, please notify the sender and permanently delete it.