# EXHIBIT C

## TO

**DECLARATION OF SHERRI KAISER IN SUPPORT OF SAN FRANCISCO DEFENDANTS' SEPARATE CASE MANAGEMENT STATEMENT**



**Re: status of joint statement ?**
Sherri Kaiser   to: Geoffrey Graybill <Geoffrey.Graybill@doj.ca.gov>
Cc: "Gary W. Gorski"

09/28/2010 03:35 PM

I am starting to doubt that we will be able to file something jointly. I think it would suffice if we filed a status update and a stipulated request to continue the hearing.

Sherri Sokeland Kaiser
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
(415) 554-4691 (direct)
(415) 554-4747 (fax)

CONFIDENTIAL COMMUNICATION
This communication is subject to attorney-client and/or work product privilege. If you received it in error, please notify the sender and permanently delete it.

"Geoffrey Graybill"   Hi Sherri,                                    09/28/2010 02:22:42 PM

| | |
|---|---|
| From: | "Geoffrey Graybill" <Geoffrey.Graybill@doj.ca.gov> |
| To: | "Gary W. Gorski" <usrugby@gmail.com>, "Sherri Kaiser" <Sherri.Kaiser@sfgov.org> |
| Date: | 09/28/2010 02:22 PM |
| Subject: | Re: status of joint statement? |

Hi Sherri,

I was out of the office yesterday and haven't been able to connect with Gary. Do you happen to know what the local rules require in addition to what Gary has filed?

Geoff

>>> Sherri Kaiser <Sherri.Kaiser@sfgov.org> 9/28/2010 1:15 PM >>>
Are either of you drafting a joint statement? I haven't seen anything in that regard and just wanted to check in.

Sherri Sokeland Kaiser
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
(415) 554-4691 (direct)
(415) 554-4747 (fax)

CONFIDENTIAL COMMUNICATION
This communication is subject to attorney-client and/or work product