1  EDMUND G. BROWN JR.
   Attorney General of California
2  DOUGLAS J. WOODS
   Supervising Deputy Attorney General
3  GEOFFREY L. GRAYBILL
   Deputy Attorney General
4  State Bar No. 53643
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 324-5465
    Fax:  (916) 324-8835
7   E-mail:  Geoffrey.Graybill@doj.ca.gov
   *Attorneys for Defendant Attorney General Brown*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE MARIE PIZZO,** | cv-09-4493-CW |
| Plaintiff, | **SUPPLEMENTAL CASE MANAGEMENT STATEMENT FOR DEFENDANT ATTORNEY GENERAL OF CALIFORNIA** |
| v. | |
| **CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG; in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON; in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,** | Judge: Honorable Claudia Wilken |
| | Trial Date: None Set |
| | Further CMC: October 5, 2010 at 2:00 p.m. |
| | Action Filed: September 23, 2009 |
| Defendants. | |

1

Due to schedule conflicts and despite efforts to meet and confer regarding a joint case management statement, each party is filing a separate statement in connection with this Court's order entered July 22, 2010, staying further proceedings in this matter pending decisions by the U.S. Court of Appeals for the Ninth Circuit in *Nordyke v. King* (No. 07-15763) and in *Mehl v. Blanas* (No. 08-15773) but setting a Further Case Management Conference for October 5, 2010 at 2 p.m.

It is defendant Attorney General's view of this case that he is involved primarily, if not exclusively, with plaintiff's facial challenges to California's concealed carry of weapons (CCW) statutes. These issues are currently pending before the Ninth Circuit in *Mehl* which was briefed, argued and submitted prior to the U.S. Supreme Court's decision in *District of Columbia v. Heller*, 554 U.S. ___, 128 S.Ct. 2783, 171 L.Ed.2d 637 (2008). The *Mehl* panel rescinded the submission after the decision in *Heller* pending a decision in *Nordyke* which will be the first post-*Heller* case in the Ninth Circuit to apply the Second Amendment. The *Nordyke* case has been scheduled for oral argument on October 19, 2010 in San Francisco.

Since it is likely that a decision in *Mehl* will resolve all of the issues affecting the Attorney General in this case, the Court is requested to stay further proceedings in this matter until there is a final appellate judgment in *Mehl*.

The San Francisco defendants have announced their intention to consolidate this case with *Jackson v. City and County of San Francisco* also pending in the Northern District of California (No. C09-2143 RS). However, the Attorney General is not a party in *Jackson* which does not involve *Mehl* issues. Accordingly, the parties in this case are currently negotiating a possible stipulation in connection with the San Francisco defendants' prospective motion to consolidate that may not involve *Mehl* issues.

Therefore, the Attorney General respectfully requests that the stay in this case be continued in effect pending a final appellate decision in *Mehl*.

Dated:  September 28, 2010              Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General


/S/ Geoffrey L. Graybill

GEOFFREY L. GRAYBILL
Deputy Attorney General
*Attorneys for Defendant*
*Attorney General Brown*

SA2009102556
10514400

3

Further CMS For Defendant Attorney General of California                                (cv-09-4493-CW)