IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIZZO,<br><br>      Plaintiff,<br><br>  v.<br><br>NEWSOM, et al.,<br><br>      Defendants.           / | No. C 09-04493 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

    Notice is hereby given that the Case Management Conference, previously set for Tuesday, October 5, 2010, is continued to **January 4, 2011, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 10/4/2010



                                             Deputy Clerk