THE LAW OFFICES OF GARY W. GORSKI
Gary W. Gorski - SBN: 166526
1207 Front St., Suite 15
Sacramento, CA  95814
Tel. (916) 965-6800
Fax (916) 965-6801
usrugby@gmail.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>  Defendants. | Case No. 09-cv-04493-CW<br><br>PLAINTIFF'S ***EX PARTE APPLICATION*** FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT CONFERENCE, OR IN THE ALTERNATIVE, FOR ATTORNEY DANIEL KARALASH TO APPEAR FOR LEAD ATTORNEY GARY W. GORSKI<br><br><br>Date: January 4, 2011<br>Time: 2:00 p.m.<br>Judge Claudia Wilken<br>U.S. District Court Judge |

Plaintiff THERESE MARIE PIZZO by and through her lead attorney of record, Gary W. Gorski, respectfully request a telephone appearance at the above referenced Case Management Conference on January 4, 2011.  Lead Counsel is presently in the State of Delaware, and will not return to California until January 8th or 9th, 2011.  In the alternative, Dan Karalash is co-counsel on the case, and can make a personal appearance on behalf of Gary W. Gorski.

Counsel for the City of San Francisco has no objection to this application, and counsel for the State of California is on vacation and could not respond to the request.

**Respectfully submitted this date Thursday, December 30, 2010:**

/S/  Gary W. Gorski
Gary W. Gorski
Attorney for Plaintiff

IT IS SO ORDERED
Judge Claudia Wilken

- 1 -
_____
**EX PARTE APPLICATION FOR TELEPHONE APPEARANCE AT MANAGEMENT STATEMENT**