# EXHIBIT G
# CASE NO. 09-CV-04493-CW

**Clint B. Monfort**

| | |
|---|---|
| **From:** | Clint B. Monfort |
| **Sent:** | Thursday, March 31, 2011 10:28 AM |
| **To:** | 'Sherri Kaiser'; 'usrugby@gmail.com'; 'geoffrey.graybill@doj.ca.gov' |
| **Cc:** | C.D. Michel; Glenn S. McRoberts |
| **Subject:** | NRA Request for Amicus Status in Pizzo |

All:

On behalf of the National Rifle Association (NRA) we intend to file a motion to be granted amicus status in the *Pizzo v. San Francisco* lawsuit today.

NRA represents the collective perspectives and Second Amendment rights of its membership in California and in San Francisco.

This purpose of this email is to ascertain if there are any objections from the parties to NRA's filing such a motion, and subsequent amicus participation in briefing, which we expect would largely support the ultimate position of the plaintiffs in the *Pizzo* case.

NRA's motion will apprise the federal district court that the interests of California NRA members, and also of the parties in the Jackson case in which NRA is a plaintiff (which as you each know raises certain claims identical to those raised in *Pizzo*) are likely not being adequately represented in *Pizzo* by virtue of these claims being litigated sooner in the *Pizzo* case on behalf of parties and counsel who do not necessarily share NRA member's perspectives on the issues in *Pizzo* or the way they are being litigated. It was for that reason and because a stay was in place at the time in *Pizzo* that NRA opposed consolidation of the two cases. In light of the Defendants' decisions to delay *Jackson* by seeking extensions and filing another Motion to Dismiss while moving *Pizzo* forward by filing an answer, NRA is left with little alternative other than to have its voice heard in *Pizzo* to protect its members interests in *Jackson* that may now be adversely affected by earlier resolution of *Pizzo*.

NRA will also point out that it has unique resources and expertise at its disposal that would benefit the court in reaching a decision on the merits in the *Pizzo* case.

Although we hoped to have a draft of the motion for your consideration, we are still working towards completion and cannot wait until the end of the day to meet and confer on this issue. Regardless, this correspondence adequately summarizes the purpose of NRA's request for amicus status in Pizzo.

Please respond to this email as to your client's position on NRA's motion to be granted amicus status by the close of business today so I may inform the court of your respective positions.

We intend to file this motion tonight, and to have it heard on May 5th. If this date presents a conflict for any of you, please let us know that as well. We will be filing the motion regardless, but are amenable to accommodating reasonable scheduling adjustments provided they do not jeopardize the interest of our clients.

Thank you,

| | |
|---|---|
| **Clint B. Monfort**<br>Attorney | Direct: (562) 216-4456<br>Main: (562) 216-4444<br>Fax: (562) 216-4445<br>Email:<br>CMonfort@michellawyers.com<br>Web: |



www.michellawyers.com

180 E. Ocean Blvd.
Suite 200
Long Beach, CA 90802

This e-mail is confidential and is legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purposes, or disclose its contents to any other person.  To do so could violate state and Federal privacy laws.  Thank you for your cooperation.  Please contact Michel & Associates, PC at (562) 216-4444 if you need assistance.