# EXHIBIT H
# CASE NO. 09-CV-04493-CW

General Docket
United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 01-15098 | **Docketed:** 01/17/2001 |
| **Nature of Suit:** 3440 Other Civil Rights | **Termed:** 12/05/2002 |
| Silveira, et al v. Lockyer, et al | |
| **Appeal From:** U.S. District Court for Eastern California, Sacramento | |
| **Fee Status:** Paid | |

**Case Type Information:**
1) civil
2) private
3) null

**Originating Court Information:**
**District:** 0972-2 : CV-00-00411-WBS
**Court Reporter:** Kelly Ann O'Halloran
**Trial Judge:** William B. Shubb, Senior District Judge
**Date Filed:** 02/25/2000

| | |
|---|---|
| **Date Order/Judgment:** 12/13/2000 | **Date NOA Filed:** 01/11/2001 |

**Prior Cases:**
None

**Current Cases:**
None

| | |
|---|---|
| SEAN SILVEIRA<br>      Plaintiff - Appellant, | Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>Law Offices of Gary W. Gorski<br>8549 Nephi Way<br>Fair Oaks, CA 95628<br><br>Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>RICKARDS, KARALASH, LUCAS & LACY<br>1329 H Street<br>Sacramento, CA 95814<br><br>Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>RICKARDS, KARALASH, LUCAS & LACY<br>1329 H Street<br>Sacramento, CA 95814 |
| JACK SAFFORD<br>      Plaintiff - Appellant, | Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above)<br><br>Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above)<br><br>Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained] |

| | |
|---|---|
| PARTRICK OVERSTREET<br>    Plaintiff - Appellant, | (see above)<br><br>Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above)<br><br>Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above)<br><br>Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
| DAVID K. MEHL<br>    Plaintiff - Appellant, | Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above)<br><br>Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above)<br><br>Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
| STEVEN FOCHT<br>    Plaintiff - Appellant, | Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above)<br><br>Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above)<br><br>Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
| DAVID BLALOCK<br>    Plaintiff - Appellant, | Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above)<br><br>Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above)<br><br>Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
| MARCUS DAVIS | Gary William Gorski |

|  |  |
|---|---|
| Plaintiff - Appellant, | Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above) |
|  | Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
|  | Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
| VANCE BOYCE<br>    Plaintiff - Appellant, | Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above) |
|  | Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
|  | Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
| KENETH DEWALD<br>    Plaintiff - Appellant, | Gary William Gorski<br>Direct: 916-965-6800<br>[COR LD NTC Retained]<br>(see above) |
|  | Daniel M. Karlalash, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
|  | Robert Lucas, Esquire, Attorney<br>Direct: 916/455/3500<br>[COR LD NTC Retained]<br>(see above) |
| v. |  |
| BILL LOCKYER, Attorney General, State of<br>    Defendant - Appellee, | David F. De Alba, Esquire<br>Direct: 916/445/9555<br>[COR LD NTC Dep State Aty Gen]<br>AGCA - OFFICE OF THE CALIFORNIA ATTORNEY<br>GENERAL (SAC)<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
|  | Tim L. Rieger, Esquire, Attorney<br>Direct: 916-263-0802<br>[COR LD NTC Dep State Aty Gen]<br>AGCA - OFFICE OF THE CALIFORNIA ATTORNEY<br>GENERAL (SAC)<br>1300 I Street<br>P.O. Box 944255 |

| | |
|---|---|
| | Sacramento, CA 94244-2550 |
| | Nancy L. Palmieri, Esquire<br>Direct: 619/645-2193<br>[COR NTC Dep State Aty Gen]<br>AGCA - OFFICE OF THE CALIFORNIA ATTORNEY GENERAL (SAN DIEGO)<br>Suite 1100<br>110 West A Street<br>San Diego, CA 92101-5266 |
| GRAY DAVIS, Governor, State of<br>Defendant - Appellee, | Tim L. Rieger, Esquire, Attorney<br>Direct: 916-263-0802<br>[COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>No Appearance<br>No Address<br>- |
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.<br>Amicus Curiae, | Carl D. Michel, Esquire, Senior Attorney<br>Direct: 562-216-4444<br>[COR LD NTC Retained]<br>Michel & Associates PC<br>Suite 200<br>180 E. Ocean Blvd.<br>Long Beach, CA 90802 |

SEAN SILVEIRA; JACK SAFFORD; PARTRICK OVERSTREET; DAVID K. MEHL; STEVEN FOCHT; DAVID BLALOCK; MARCUS DAVIS; VANCE BOYCE; KENETH DEWALD,

    Plaintiffs - Appellants,

v.

BILL LOCKYER, Attorney General, State of; GRAY DAVIS, Governor, State of,

    Defendants - Appellees.

| Date | | # | Description |
|---|---|---|---|
| 01/17/2001 | ☐ | 1 | DOCKETED CAUSE AND ENTERED APPEARANCE OF APLT IN PRO PER AND COUNSEL FOR APLES. CADS SENT (Y/N): Y. setting schedule as follows: CADS is past due; CADS must be filed no later than 1/24/01; appellant's designation of RT is due 1/22/01,, ; appellee's designation of RT is due 1/31/01, ; appellant shall order transcript by 2/12/01,, ; court reporter shall file transcript in DC by 3/13/01; certificate of record shall be filed by 3/20/01 ; appellant's opening brief is due 4/30/01,, ; appellees' brief is due 5/29/01 6/12/01,, ; [01-15098] (KKW) |
| 02/01/2001 | ☐ | 2 | Filed order CONFATT ( epm) The Court of Appeals' records do not indicate that aplt has filed a CADS. Within 14 days of the filing of this order, aplt shall file a CADS, contact the clerk and assist location of the docketing statment if one is already filed or dimsiss the appeal voluntarily... [01-15098] (KKW) |
| 02/08/2001 | ☐ | 3 | Filed Gary W. Gorski for Appellants Sean Silveira, et al., Civil Appeals Docketing Statement; served on 2/7/01 (to CONFATT) [01-15098] [01-15098] |
| 02/27/2001 | ☐ | 4 | Case rejected from Circuit Mediation Program. (SA) |
| 03/07/2001 | ☐ | 5 | Filed certificate of record on appeal RT filed in DC 3/6/01 [01-15098] |
| 04/30/2001 | ☐ | 6 | 14 day oral extension by phone of time to file Appellant brief. [01-15098] appellants' brief due 5/14/01,, ; appellees' brief due 6/13/01, ; the optional reply brief is due 14 days from service of the answering brief. (CG) |
| 05/02/2001 | ☐ | 7 | Copy of letter received from aplts addressed to aples, dated 4/30/01 re: ext request via phone...opening brief is now due 5/14/01...(CASEFILES) [01-15098] |
| 05/16/2001 | ☐ | 8 | Filed original and 15 copies Appellants Sean Silveira, et al., opening brief ( Informal: n) 59 pages and five excerpts of record in 1 vol.; served on 5/14/01 [01-15098] |
| 06/13/2001 | ☐ | 10 | Filed original and 15 copies appellees Bill Lockyer and Gray Davis' 26 pages brief; served on 6/12/01 [01-15098] |
| 10/30/2001 | ☐ | 14 | Calendar check performed [01-15098] (AW) |
| 11/21/2001 | ☐ | 15 | Calendar materials being prepared. [01-15098] [01-15098] (AW) |
| 12/06/2001 | ☐ | 16 | CALENDARED: SAN FRAN Feb 15 2002 9:00 am Courtroom 1 ** session to start at 8:00 am *** [01-15098] (AW) |
| 01/09/2002 | ☐ | 33 | Filed California Rifle & Pistol Association Inc.'s motion for leave to file amicus brief in support of neither party and in support of petition for rehearing en banc, and motion for leave to file amicus brief [01-15098] (RT) |
| 02/06/2002 | ☐ | 18 | Filed order (Deputy Clerk: hh) On or before 10 a.m. 2/13/02, aples shall file, by fax or otherwise, a letter brief of not more than 5 pages, discussing whether, for purposes of the Equal Protection Clause, the provisions that exempt retire peace officers from the requirements of the California Assault Weapons Control Act, Cal Penal Code 12280 (h)-(i), are supported by a rational basis. Service on the opposing party shall be made at the time of filing. An original of the letter brief shall also be mailed to the clerk's office for filing. (PHONED/FAXED 4:40) [01-15098] |

| | | |
|---|---|---|
| 02/11/2002 | ☐ 20 | Filed Appellees Bill Lockyer and Gray Davis' "faxed" supplemental letter brief of 4 pages, served on 2/11/02 (faxed to PANEL) (Orig recd on 2/12/02) [01-15098] |
| 02/15/2002 | ☐ 22 | ARGUED AND SUBMITTED TO Stephen R. REINHARDT, Frank J. Magill, Raymond C. FISHER [01-15098] (GB) |
| 12/05/2002 | ☐ 25 | FILED OPINION: AFFIRMED IN PART, REVERSED IN PART, AND REMANDED 2 vols. ( Terminated on the Merits after Oral Hearing; Affirmed (in part) and Reversed (in part); Written, Signed, Published. Stephen R. REINHARDT, author; Frank J. Magill; Raymond C. FISHER. ) FILED AND ENTERED JUDGMENT. 4.5 letter sent [01-15098] (RT) |
| 12/16/2002 | ☐ 26 | [4605914] Filed original and 50 copies Appellants' Keneth Dewald, Vance Boyce, Marcus Davis, David Blalock, Steven Focht, David K. Mehl, Partrick Overstreet, Jack Safford, Sean Silveira petition for panel rehearing and petition for rehearing en banc 18 p.pages, served on 12/15/02 (PANEL & ALL ACTIVE JUDGES) [01-15098] (RT) |
| 12/16/2002 | ☐ 27 | Filed order (Deputy Clerk: ru) Each party shall bear its own costs. [01-15098] (RT) |
| 12/19/2002 | ☐ 28 | Filed order ( Stephen R. REINHARDT, Frank J. Magill, Raymond C. FISHER, ): Defendants - Appellees shall file a response to Plaintiffs - Appellants' petition for rehearing en banc. Fifty (50) copies of said response shall be filed within twenty one (21) days of the filed date of this order. [01-15098] (RT) |
| 01/09/2003 | ☐ 31 | Filed Appellees Gray Davis, Bill Lockyer's response to appellants' petition for enbanc rehearing, served on 1/9/03 (PANEL & ALL ACTIVE JUDGES) [01-15098] (RT) |
| 01/09/2003 | ☐ 32 | Received California Rifle & Pistol's Association, Inc.'s amicus curiae brief in 50 copies of 16 pages; deficient: motion to become amicus pending; served on 1/8/03. Notified counsel: no. [01-15098] (RT) |
| 01/09/2003 | ☐ 34 | Filed California Rifle & Pistol Association Inc's motion for leave to file amicus brief in support of neither party and in support of petition for rehearing en banc; motion to file late amicus brief; served on 1/8/03 (PANEL by fax and fed ex) [4626804] [01-15098] (RT) |
| 01/17/2003 | ☐ 35 | Filed order ( Stephen R. REINHARDT, Frank J. Magill, Raymond C. FISHER): The California Rifle & Pistol Association's motion for leave to file an amicus brief and for leave to file a late brief are both GRANTED. [01-15098] (RT) |
| 01/17/2003 | ☐ 37 | Filed original and 50 copies California Rifle & Pistol Association's amicus brief of 16 pages in support of neither party, and in support of the petition for rehearing en banc, and in support of affirmance on other grounds; served on 1/8/03 (PANEL & ALL ACTIVE JUDGES) [01-15098] (RT) |
| 01/27/2003 | ☐ 39 | Filed order and amended opinion (see order for text) (Judges Stephen R. REINHARDT, Frank J. Magill, Raymond C. FISHER, ) (Orig. opinion id: [25] ) AFFIRMED IN PART, REVERSED IN PART, AND REMANDED [01-15098] (RT) |
| 02/24/2003 | ☐ 41 | Filed Appellants Sean Silveira et al. motion and memorandum for certification of questions to Supreme Court under 28 USC Section 1254(2), served on 2/24/03 (PANEL by fax and fed ex) [01-15098] (RT) |
| 03/06/2003 | ☐ 42 | Filed order ( Stephen R. REINHARDT, Frank J. Magill, Raymond C. FISHER, ): Plaintiffs-Appellants' Motion for Certification of Questions to the United States Supreme Court is denied. [01-15098] (RT) |
| 05/06/2003 | ☐ 44 | Filed order FOR PUBLICATION (Stephen R. REINHARDT, Frank J. Magill, Raymond C. FISHER ): The petition for rehearing en banc is denied. (Dissent by Judge PREGERSON, Dissent by Judge KOZINSKI, Dissent by Judge KLEINFELD; Dissent by Judge GOULD) [01-15098] (RT) |
| 05/16/2003 | ☐ 45 | MANDATE ISSUED [01-15098] (RT) |
| 07/14/2003 | ☐ 48 | Received notice from Supreme Court: petition for certiorari filed Supreme Court No. 03-51 filed on 7/8/03. [01-15098] (WP) |
| 12/08/2003 | | Filed Supreme Court order, certiorari denied on 12/1/03. Supreme Court No. 03-51 |


|  |  | 49 | (CASEFILE) [01-15098] (RT) |
|---|---|---|---|
| 01/27/2004 | ☐ | 50 | RECORD RETURNED. (See control card for details.) (JR) |

Clear All

◉ Documents and Docket Summary
◯ Documents Only

☑ Include Page Numbers

Selected Pages: 0    Selected Size: 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2011 12:13:14 | | | |
| PACER Login: | tm0137 | Client Code: | 1444 |
| Description: | Docket Report (filtered) | Search Criteria: | 01-15098 |
| Billable Pages: | 3 | Cost: | 0.24 |

https://ecf.ca9.uscourts.gov/cmecf/servlet/TransportRoom        3/29/2011