# EXHIBIT I
# CASE NO. 09-CV-04493-CW

**FILED**

JUL - 8 2003

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CL_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

SEAN SILVEIRA, et. al.,

　　　　Plaintiffs,

　　v.

BILL LOCKYER, et. al.,

　　　　Defendants.

NO. CIV. S-00-0411 WBS JFM

ORDER

----ooOoo----

　　　　This case came on regularly for a status conference on Monday, July 7, 2003, at 9:00 a.m. Tim Rieger appeared as counsel on behalf of defendants. Gary Gorksi appeared one hour late as counsel on behalf of plaintiffs. Pursuant to Federal Rule of Civil Procedure 16(f), Mr. Gorski is ordered to pay the Attorney General of the State of California the sum of $150.00, reasonable attorneys fees incurred as the result of Mr. Rieger being required to wait for Mr. Gorksi's unjustified late appearance. See Fed. R. Civ. P. 16(f) (stating that when party's attorney fails to obey a scheduling order "the judge shall require the party or the attorney representing the party or both to pay the reasonable expenses incurred because of any

35

1 noncompliance with this rule, including attorney's fees, unless
2 the judge finds that noncompliance was substantially justified
3 ....").
4    As stipulated by the parties, the status conference is
5 continued pending disposition of plaintiffs petition for
6 certiorari. Counsel shall notify the clerk of this court as soon
7 as the Supreme Court has finally ruled on the petition for
8 certiorari in this matter.
9    IT IS SO ORDERED.
10 DATED: July 7, 2003

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

United States District Court
for the
Eastern District of California
July 8, 2003

\* \* CERTIFICATE OF SERVICE \* \*

2:00-cv-00411

Silveira

v.

Lockyer

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 8, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Gary William Gorski                              SH/WBS
Law Offices of Gary W Gorski
5033 Blanchard Court
Fair Oaks, CA  95628

David Francisco De Alba
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550


Jack L. Wagner, Clerk

BY: /s/ L. Mena-Sanchez
    Deputy Clerk