# EXHIBIT J
## CASE NO. 09-CV-04493-CW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID K. MEHL and LOK T. LAU,          No. 2:03-cv-02682-MCE

       Plaintiffs,

  v.                                    **ORDER**

LOU BLANAS et al.,

       Defendants.

----oo0oo----

In the instant case, Judgment was entered in favor of Defendants and against Plaintiffs on February 5, 2008. Defendants submitted their Bill of Costs, with an attached itemized list of expenses (ECF No. 171) in compliance with Eastern District of California Local Rule ("Local Rule") 292(c) on February 12, 2008 (See ECF No. 171). Plaintiffs had ten (10) days from the date of filing of the Bill of Costs to object. No objections were filed.

The Clerk taxed and entered costs on March 4, 2008 and gave electronic notice of same on March 4, 2008. (See ECF No. 173).

Local Rule 292(e) provides that the Court may review the taxed costs provided that a motion is filed within five (5) court days following the notice from the Clerk.

1

Five (5) court days following March 4, 2008 was March 11, 2008. Plaintiffs did not file their objections within the requisite time period but rather on March 14, 2008 (See ECF No. 178). Plaintiffs' objections were untimely and therefore stricken.

Plaintiffs are ordered to pay Defendants' Costs in the amount of $5,873.22.

IT IS SO ORDERED.

DATE:  March 9, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE