IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants._____/ | No. C 09-04493 CW<br><br>ORDER GRANTING NATIONAL RIFLE ASSOCIATION'S MOTION FOR AMICUS CURIAE STATUS<br>(Docket No. 37) |

    The National Rifle Association (NRA) moves for amicus curiae status in this action. Defendant City and County of San Francisco (CCSF) opposes the motion. Plaintiff Therese Marie Pizzo did not respond to the NRA's motion.

    Having considered the papers submitted by the NRA and the CCSF, the Court GRANTS the NRA's motion. In response to any dispositive motion filed by the CCSF, the NRA may file a brief, not to exceed fifteen pages, that addresses only Plaintiff's claims regarding San Francisco Police Code sections 4512, 1290 and 613.10(g). The NRA's brief shall be due two days after Plaintiff files her opposition to the CCSF's dispositive motion and shall not repeat any arguments raised by Plaintiff. The CCSF may respond to Plaintiff's opposition and the NRA's arguments in a brief not to exceed thirty pages, due seven days after the NRA's response is

filed. The NRA may appear at the hearing on the CCSF's dispositive motion.

The NRA shall not participate in this litigation in any manner not provided by this Order.

IT IS SO ORDERED.

Dated: 5/5/2011

CLAUDIA WILKEN
United States District Judge