KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Acting Senior Assistant Attorney General
GEORGE WATERS
Deputy Attorney General
State Bar No. 88295
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-8050
  Fax: (916) 324-8835
  E-mail: George.Waters@doj.ca.gov
*Attorneys for Defendant Kamala Harris,*
*Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, et al.,<br><br>                  Defendants. | No. 4:09-cv-04493-CW<br><br>**NOTICE OF RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**<br><br>Date:       N/A<br>Time:      N/A<br>Courtroom: N/A<br>Judge      The Honorable Claudia Wilken<br>Trial Date  October 9, 2012<br>Action Filed: September 23, 2009 |

PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent defendant Kamala Harris,[1] California Attorney General, has been changed. Please amend your proof of service and files to reflect that Geoffrey Lloyd Graybill has been replaced by:

> GEORGE WATERS
> Deputy Attorney General
> State Bar No. 88295
> 1300 I Street, Suite 125
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Telephone: (916) 323-8050
> Fax: (916) 324-8835
> E-mail: George.Waters@doj.ca.gov

Dated: June 27, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Acting Senior Assistant Attorney General

/s/ GEORGE WATERS

GEORGE WATERS
Deputy Attorney General
*Attorneys for Defendant Kamala Harris,*
*Attorney General of the State of California*

SA2009102556
10718831.doc

---

[1] Kamala Harris has been elected to the office of California Attorney General and replaces former Attorney General (now Governor) Edmund G. Brown Jr. Pursuant to Fed.R.Civ.P. 25(d), she is automatically substituted for her predecessor as a party in this action.

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Therese Marie Pizzo v. City and County of San Francisco Mayor Gavin Newsom, et al.** | No. | **4:09-cv-04493-CW** |

I hereby certify that on <u>June 27, 2011</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 27, 2011</u>, at Sacramento, California.

| | |
|---|---|
| <u>Brenda Apodaca</u> | <u>/s/ BRENDA APODACA</u> |
| Declarant | Signature |

10719513.doc