1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   SHERRI KAISER, State Bar #197986
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4691
   Facsimile:     (415) 554-4747
6  E-Mail:        sherri.kaiser@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  EDWIN LEE, GREG SUHR,
   and MICHAEL HENNESSEY

9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13  THERESE MARIE PIZZO,                    Case No. C09-4493 CW

14              Plaintiff,                  **NOTICE OF UNAVAILABILITY OF**
                                            **COUNSEL FOR DEFENDANTS**
15       vs.

16  CITY AND COUNTY OF SAN FRANCISCO
    MAYOR EDWIN LEE in both his individual
17  and official capacities; SAN FRANCISCO
    POLICE DEPARTMENT CHIEF OF POLICE
18  GREG SUHR, in his official capacity; SAN
    FRANCISCO SHERIFF MICHAEL
19  HENNESSEY, in both his individual and
    official capacities; CITY AND COUNTY OF
20  SAN FRANCISCO; and STATE OF
    CALIFORNIA ATTORNEY GENERAL
21  EDMUND G. BROWN, in his official
    capacity,
22
                Defendants.
23
    NATIONAL RIFLE ASSOCIATION, INC.,
24
                Amicus Curiae.
25

26

27

28

DEFTS' NTC OF UNAVAILABILITY OF COUNSEL      1            n:\govlit\li2009\100363\00711801.doc
C09-4493 CW

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    NOTICE IS HEREBY GIVEN that Sherri Sokeland Kaiser, attorney of record for the San

3  Francisco Defendants will be unavailable during the period of time beginning July 13, 2011 through

4  and including July 25, 2011; and August 1, 2011 through and including August 5, 2011.

5    Ms. Kaiser is the sole attorney representing San Francisco Defendants.  As such, she is

6  uniquely familiar with the history of the case and San Francisco Defendants' legal arguments.  During

7  said period of time there is no one responsible for or similarly competent to attend court hearings, draft

8  pleadings, respond to motions, respond to discovery requests, attend depositions, or provide legal

9  services in the above matter.

10

11

12  Dated:  July 11, 2011

13                                           DENNIS J. HERRERA
                                             City Attorney
14                                           WAYNE SNODGRASS
                                             SHERRI SOKELAND KAISER
15                                           Deputy City Attorneys

16

17                                     By:    s/Sherri Kaiser
                                             SHERRI SOKELAND KAISER
18
                                             Attorneys for Defendants CITY AND COUNTY OF
19                                           SAN FRANCISCO, MAYOR EDWIN LEE, POLICE
                                             CHIEF GREG SUHR, and SHERIFF MICHAEL
20                                           HENNESSEY

21

22

23

24

25

26

27

28

DEFTS' NTC OF UNAVAILABILITY OF COUNSEL      2                    n:\govlit\li2009\100363\00711801.doc
C09-4493 CW