UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO, | No. C 09-04493 CW (NC) |
|     Plaintiff, | |
|     v. | NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |
| GAVIN NEWSOM, et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case was referred to Magistrate Judge Nathanael Cousins for Settlement Conference. The conference is scheduled for **February 28, 2012 at 9:30 a.m.**, Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. If the above date is not possible for the parties and counsel, or if the parties believe that settlement discussions would be more productive at a different time, counsel shall confer with each other and then contact Magistrate Judge Cousins' Courtroom Deputy Lili Harrell within a week at Lili_Harrell@cand.uscourts.gov, (415) 522-2039, to determine whether it is possible to reschedule the conference.

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also attend the Settlement Conference. In cases where settlement authority rests with a governing body, counsel shall advise the Court and opposing counsel by letter at least 72 hours prior to the conference, of the manner in which the governing body will appear.

Personal attendance by counsel will not be excused under any circumstances and personal attendance by a party will rarely be excused.

**On or before February 21, 2012, each party shall deliver directly to the Chambers of Magistrate Judge Cousins a Settlement Conference Statement.** The Statement should not be e-filed in ECF. Each party shall also submit its Settlement Conference Statement in .pdf format via email to NCpo@cand.uscourts.gov.

The Settlement Conference Statement shall be served on opposing counsel. The Statement shall include at least the following:

    a. A brief statement of the facts of the case.

    b. A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, a candid evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c. A summary of the proceedings to date and any pending motions.

    d. The relief sought.

    e. Any discrete issue that, if resolved, would facilitate resolution.

    f. The party's position on settlement, including present demands and offers and a history of past settlement discussions.

Any party may also submit an additional confidential statement to the Court. The contents of this confidential statement will not be disclosed to the other parties.

It is not unusual for conferences to last several hours or at times, all day. No participant in the settlement conference will be permitted to leave before it is concluded without the permission of the settlement conference judge.

Parties are encouraged to participate and frankly discuss their case. Statements they make during the conference will not be admissible at trial in the event the case does not settle. The parties should be prepared to discuss such items as their settlement objectives, any impediments to settlement that they perceive, whether they have enough information to discuss settlement and, and the possibility of a creative resolution of the dispute.

Any request to continue the settlement conference shall be submitted in writing as soon as possible after consultation with the opposing party. **The request must demonstrate a compelling reason for a continuance,** and state whether the opposing party(ies) agree or oppose the request. Any party who objects to the continuance should submit a written response within 2 business days.

The parties shall notify Magistrate Judge Cousins' Courtroom Deputy **immediately** at (415) 522-2039 if this case settles prior to the date set for settlement conference.

Dated: November 7, 2011

Nathanael Cousins
United States Magistrate Judge