| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137<br>CHRISTINE VAN AKEN, State Bar #241755 |
| 3 | Deputy City Attorneys<br>1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234<br>San Francisco, California 94102-4682 |
| 5 | Telephone: (415) 554-4663<br>Facsimile: (415) 554-4699 |
| 6 | E-Mail: christine.van.aken@sfgov.org |
| 7 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO |
| 8 | and ITS OFFICIALS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>            Defendants.<br><br>NATIONAL RIFLE ASSOCIATION, INC.,<br><br>            Amicus Curiae. | Case No. C09-4493 CW<br><br>**DEFENDANTS' NOTICE OF REASSIGNMENT OF ATTORNEYS** |

1   TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

2       PLEASE TAKE NOTICE that this case has been reassigned to CHRISTINE VAN AKEN,

3   Deputy City Attorney as counsel of record for all defendants.

4       All pleadings and communications heretofore addressed to Deputy City Attorney SHERRI

5   SOKELAND KAISER should hereafter be addressed to:

Christine Van Aken<br>
Deputy City Attorney<br>
Office of the City Attorney<br>
1 Dr. Carlton B. Goodlett Place<br>
City Hall, Room 234<br>
San Francisco, California 94102-4682<br>
Telephone: (415) 554-4663<br>
Facsimile: (415) 554-4699

Dated: February 17, 2012

                        DENNIS J. HERRERA<br>
                        City Attorney<br>
                        WAYNE SNODGRASS<br>
                        CHRISTINE VAN AKEN<br>
                        Deputy City Attorneys

                        By:  s/*Christine Van Aken*<br>
                              CHRISTINE VAN AKEN

                        Attorneys for Defendants CITY AND COUNTY OF<br>
                        SAN FRANCISCO and ITS OFFICIALS