| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
| | CHRISTINE VAN AKEN, State Bar #241755 |
| 3 | Deputy City Attorneys |
| | 1 Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234 |
| | San Francisco, California 94102-4682 |
| 5 | Telephone:     (415) 554-4633 |
| | Facsimile:      (415) 554-4699 |
| 6 | E-Mail:           christine.van.aken@sfgov.org |
| 7 | Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO |
| 8 | and ITS OFFICIALS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO, | Case No. C09-4493 CW |
| Plaintiff, | **SAN FRANCISCO DEFENDANTS' <u>CORRECTED</u> NOTICE OF REASSIGNMENT OF ATTORNEYS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | |
| Defendants. | |
| NATIONAL RIFLE ASSOCIATION, INC., | |
| Amicus Curiae. | |

**[THIS NOTICE CORRECTS THE TELEPHONE NUMBER FOR COUNSEL FOR SAN FRANCISCO DEFENDANTS]**

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that this case has been reassigned to CHRISTINE VAN AKEN, Deputy City Attorney as counsel of record for Defendants City and County of San Francisco and Its Officials.

All pleadings and communications heretofore addressed to Deputy City Attorney SHERRI SOKELAND KAISER should hereafter be addressed to:

<pre>
                     Christine Van Aken
                     Deputy City Attorney
                   Office of the City Attorney
                 1 Dr. Carlton B. Goodlett Place
                      City Hall, Room 234
                San Francisco, California 94102-4682
                  Telephone:   (415) 554-4633
                  Facsimile:   (415) 554-4699
</pre>

Dated: February 22, 2012

<pre>
                        DENNIS J. HERRERA
                        City Attorney
                        WAYNE SNODGRASS
                        CHRISTINE VAN AKEN
                        Deputy City Attorneys


                  By:   s/Christine Van Aken
                        CHRISTINE VAN AKEN

                        Attorneys for Defendants CITY AND COUNTY OF
                        SAN FRANCISCO and ITS OFFICIALS
</pre>