# In the United States District Court
# for the Northern District of California
# Magistrate Judge Nathanael Cousins

## CIVIL MINUTES

Date: February 28, 2012              Time: 1.5 hours

Case No: **C 09-04493 CW (NC)**

Case Name:  **Therese Maria Pizzo v. Gavin Newsom, et al**

Deputy Clerk: Lili M. Harrell           Court Reporter:

Attorneys: Pltf: Gary Gorski            Deft: George Waters, Christine Van Aken

---

### PROCEEDINGS

[X]  SETTLEMENT CONFERENCE            []  FURTHER SETTLEMENT CONFERENCE

[ ]  Case settled

[X]  Did not settle

[ ]  Partial settlement

**ORDERED AFTER HEARING:** Settlement discussions continued. Telephonic conference set for March 6, 2012 at 1:00 p.m.
.

CASE CONTINUED TO:_ FOR _

Notes:

cc: