1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   CHRISTINE VAN AKEN, State Bar #241755
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4633
   Facsimile:    (415) 554-4699
6  E-Mail:       christine.van.aken@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
8  and ITS OFFICIALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESE MARIE PIZZO, | Case No. C09-4493 CW |
|---|---|
| Plaintiff, | **SAN FRANCISCO DEFENDANTS' NOTICE OF UNAVAILABILITY OF COUNSEL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, | |
| Defendants. | |
| NATIONAL RIFLE ASSOCIATION, INC., | |
| Amicus Curiae. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that Christine Van Aken, attorney of record for the San Francisco Defendants will be unavailable during the period of time beginning June 19, 2012 through and including June 22, 2012; and July 30, 2012 through and including August 17, 2012.

    Ms. Van Aken is the sole attorney representing San Francisco Defendants.  As such, she is uniquely familiar with the history of the case and San Francisco Defendants' legal arguments.  During said period of time there is no one responsible for or similarly competent to attend court hearings, draft pleadings, respond to motions, respond to discovery requests, attend depositions, or provide legal services in the above matter.

Dated:  March 29, 2012

                                  DENNIS J. HERRERA
                                  City Attorney
                                  WAYNE SNODGRASS
                                  CHRISTINE VAN AKEN
                                  Deputy City Attorneys

                              By:  s/*Christine Van Aken*
                                  CHRISTINE VAN AKEN

                                  Attorneys for Defendants CITY AND COUNTY OF
                                  SAN FRANCISCO and ITS OFFICIALS