KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
GEORGE WATERS
Deputy Attorney General
State Bar No. 88295
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-8050
  Fax: (916) 324-8835
  E-mail: George.Waters@doj.ca.gov

*Attorneys for Kamala Harris*
*as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE MARIE PIZZO,**<br><br>                        Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                        Defendants. | 4:09-cv-04493-CW<br><br>**DEFENDANT ATTORNEY GENERAL'S NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that George Waters, attorney of record for defendant Attorney General, will be unavailable during the period of time beginning April 2, 2012 through and including April 6, 2012.

Mr. Waters is the primary attorney representing defendant Attorney General. As such, he is uniquely familiar with the history of the case and defendant's legal arguments. During said period of time there is no one responsible for or similarly competent to attend court hearings,

1

draft pleadings, respond to motions, respond to discovery requests, attend depositions, or provide legal services in the above matter.

Dated: March 29, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General

/s/  George Waters

GEORGE WATERS
Deputy Attorney General
*Attorneys for Kamala Harris
as California Attorney General*

SA2009102556
10869683.doc

2

**DEFENDANT ATTORNEY GENERAL'S NOTICE OF UNAVAILABILITY OF COUNSEL   (4:09-cv-04493-CW)**

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Therese Marie Pizzo v. City and County of San Francisco Mayor Gavin Newsom, et al.* | Case No. | 4:09-cv-04493-CW |

I hereby certify that on <u>March 29, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL'S NOTICE OF UNAVAILABILITY OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 29, 2012</u>, at Sacramento, CA.

| L. Carnahan | /s/ L. Carnahan |
|---|---|
| Declarant | Signature |

SA2009102556
10869702.doc