1  Simon J. Frankel (State Bar No. 171552)
   sfrankel@cov.com
2  Samantha J. Choe (State Bar No. 252002)
   schoe@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, CA  94111
   Telephone:     (415) 591-6000
5  Facsimile:     (415) 591-6091

6  Attorneys for *Amicus Curiae* Applicant
   LEGAL COMMUNITY AGAINST VIOLENCE
7

8

9              **UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                    **OAKLAND DIVISION**

12

13 | THERESE MARIE PIZZO, | Civil Case No.:  09-cv-04493-CW |
14 | Plaintiff, | |
15 | v. | |
16 | CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCÓN, in his official capacity, SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL KAMALA HARRIS in her official capacity, | **DECLARATION OF SIMON J. FRANKEL IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF SEEKING LEAVE TO FILE AMICUS BRIEF**<br><br>Local Rule 7-11<br><br>Judge:          Hon. Claudia Wilken<br>Courtroom:   2, 4th Floor |
25 | Defendants. | |

# DECLARATION OF SIMON J. FRANKEL

In order to comply with N.D. Cal. Local Rule 7-11(a), I, Simon J. Frankel, declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel of record for *amicus curiae* applicant Legal Community Against Violence ("LCAV") in this action. I am licensed to practice law in the State of California. Unless otherwise stated, the matters set forth herein are true and correct of my own personal knowledge and if called upon, I could and would testify competently thereto.

2. On June 5, 2012, I emailed counsel for each of the parties to this action to inform them that LCAV intended to file a motion for administrative relief seeking leave to participate as *amicus curiae* in this action. Pursuant to Local Rule 7-11(a), I also asked if the parties would stipulate to the relief sought by this motion. On June 6, 2012, counsel for both the City and County of San Francisco and the State Bar of California responded that their respective clients consented to LCAV's request. That day, Gary Gorski, counsel for Plaintiff Therese Pizzo, responded that Plaintiff would not consent to LCAV's motion for administrative relief. A true and correct copy of my e-mail exchange with Mr. Gorski, copying counsel for other parties, is attached as Exhibit A hereto. As of the filing of this Declaration, Mr. Gorski had not responded to my last e-mail in Exhibit A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed on June 7, 2012, in San Francisco, California.

/s/ *Simon J. Frankel*
Simon J. Frankel

DECLARATION OF SIMON J. FRANKEL IN SUPPORT OF
MOTION FOR ADMINISTRATIVE RELIEF SEEKING
LEAVE TO FILE AMICUS BRIEF                                         Civil Case No.: 09-cv-04493-CW