EXHIBIT A

## Frankel, Simon

| | |
|---|---|
| **From:** | Frankel, Simon |
| **Sent:** | Wednesday, June 06, 2012 5:44 PM |
| **To:** | 'gary w. gorski'; christine.van.aken@sfgov.org; george.waters@doj.ca.gov |
| **Cc:** | Choe, Samantha |
| **Subject:** | RE: Pizzo v. City & County of San Francisco, No. 9-cv-04493-CW |

Mr. Gorski,

Thank you for your email.

I am not sure I understand your questions. As I am sure you understand, LCAV expects to file an amicus brief that will present additional historical information to the court that bears on the constitutionality of the statutes at issue. LCAV believes this historical information supports the conclusion that the states are constitutional. LCAV will not seek to introduce "'new' evidence" in the sense of facts subject to percipient testimony that would properly be the subject of discovery in the action, but LCAV's brief will provide the Court with relevant historical information on which it can properly rely in analyzing the issues before it.

We will proceed to file our motion pursuant to Local Rule 7-11 tomorrow morning and will plan to inform the Court that plaintiffs do not consent to the filing, unless you inform us otherwise before 10:00 a.m. Thursday.

Thank you.

Simon Frankel

**Simon J. Frankel | COVINGTON & BURLING LLP**
One Front Street, San Francisco, CA 94111
Tel: (415) 591-7052 | Fax: (415) 955-6552
sfrankel@cov.com | www.cov.com

---

**From:** gary w. gorski [mailto:usrugby@gmail.com]
**Sent:** Wednesday, June 06, 2012 2:13 PM
**To:** Frankel, Simon; christine.van.aken@sfgov.org; george.waters@doj.ca.gov
**Cc:** Choe, Samantha
**Subject:** RE: Pizzo v. City & County of San Francisco, No. 9-cv-04493-CW

Mr. Frankel,

After reviewing your proposed moving papers, I unable to ascertain LCAV's position regarding Section 25850 (formerly Section 12031) and Section 26150 et seq. (formerly Section 12050) of the California Penal Code. Is LCAV addressing the Second Amendment issue and/or Equal Protection issue as raised in the pleading? Also, since discovery is closed, is LCAV going to attempt to introduce "new" evidence? Due to the uncertainty of LCAV's position, I cannot consent to the appearance of LCAV. Thank you.

1

Gary W. Gorski
Attorney at Law
1207 Front Street, Suite 22
Sacramento, CA 95814
916.965.6800
usrugby@gmail.com
www.lonewolflaw.com

**From:** Frankel, Simon [mailto:sfrankel@cov.com]
**Sent:** Tuesday, June 05, 2012 4:16 PM
**To:** usrugby@gmail.com; christine.van.aken@sfgov.org; george.waters@doj.ca.gov
**Cc:** Choe, Samantha
**Subject:** Pizzo v. City & County of San Francisco, No. 9-cv-04493-CW

Counsel,

The Legal Community Against Violence (LCAV) intends to file a motion for administrative relief in this action, seeking leave to participate as amicus curiae in the matter.

I attach a copy of the motion LCAV intends to file tomorrow afternoon.

Pursuant to Local Rule 7-11(a), please let me know as soon as possible whether or not your respective clients will stipulate to the relief sought by this motion.

Thank you.

Simon Frankel

**Simon J. Frankel | COVINGTON & BURLING LLP**
One Front Street, San Francisco, CA 94111
Tel: (415) 591-7052 | Fax: (415) 955-6552
sfrankel@cov.com | www.cov.com

2