1  Simon J. Frankel (State Bar No. 171552)
   sfrankel@cov.com
2  Samantha J. Choe (State Bar No. 252002)
   schoe@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, CA  94111
   Telephone:     (415) 591-6000
5  Facsimile:     (415) 591-6091

6  Attorneys for *Amicus Curiae* Applicant
   LEGAL COMMUNITY AGAINST VIOLENCE
7

8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCÓN, in his official capacity, SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL KAMALA HARRIS in her official capacity,<br><br>    Defendants. | Civil Case No.:  09-cv-04493-CW<br><br>**[Proposed] ORDER GRANTING AMICUS CURIAE APPLICANT'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Local Rule 7-11<br><br>Judge:       Hon. Claudia Wilken<br>Courtroom:   2, 4th Floor |

After considering the Motion for Administrative Relief filed by Legal Community Against Violence ("LCAV") seeking leave to participate as *amicus curiae* in this action, and any opposition thereto, and good cause appearing therefore:

IT IS HEREBY ORDERED that LCAV's Motion for Administrative Relief is GRANTED.  LCAV may participate as an amicus curiae in this action and may file a brief in connection with any dispositive motion filed by the parties.

Dated: _____, 2012

_____
The Honorable Claudia Wilken
United States District Judge