| | |
|---|---|
| THE LAW OFFICES OF GARY W. GORSKI | |
| Gary W. Gorski - SBN: 166526 | |
| 1207 Front St., Suite 15 | |
| Sacramento, CA 95814 | |
| Tel. (916) 965-6800 | |
| Fax (916) 965-6801 | |
| usrugby@gmail.com | |

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO, ) | Case No. 09-cv-04493-CW |
| Plaintiff, ) | |
| vs. ) | (PROPOSED) ORDER AFTER HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION OF ISSUES, AND MEMORANDUM OF POINTS AND AUTHORITIES (Federal Rule of Civil Procedure Rule 56) |
| CITY AND COUNTY OF SAN FRANCISCO MAYOR GAVIN NEWSOM, in both his individual and official capacities; FORMER SAN FRANCISCO POLICE DEPARTMENT; CHIEF OF POLICE HEATHER FONG, in both her individual and official capacities; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GEORGE GASCON, in his official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY, in both his individual and official capacities; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity, ) | Hearing Date: July 26, 2012<br>Time: 2:00 p.m.<br>Place:<br>Oakland Courthouse, Courtroom 2 - 4th Floor<br>1301 Clay Street, Oakland, CA 94612<br>Judge: Hon. Claudia Wilken |
| Defendants. ) | |

The above-entitled matter came on was heard on July 26, 2012 at 2:00 p.m. in the above-entitled Court located at the Oakland Courthouse, Courtroom 2 - 4th Floor, 1301 Clay Street, Oakland, CA 94612, the Honorable Claudia Wilken presiding. After a hearing on plaintiff THERESE MARIE PIZZO's motion for summary judgment and/or adjudication of issues pursuant to Federal Rule of Civil Procedure Rule 56 and claims for injunctive relieve, granting judgment in favor of plaintiff and against defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR ED LEE in his official capacity, SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity, SAN FRANCISCO SHERIFF VICKI HENNESSY, in her official capacity, CITY AND COUNTY OF SAN FRANCISCO, and STATE OF CALIFORNIA

- 1 -

**(PROPOSED) ORDER AFTER HEARING**

ATTORNEY GENERAL KAMALA D. HARRIS, in her official capacity **IT IS HEREBY ORDERED**:

**JUDGMENT IS HEREBY ENTERED** in the above-entitled action in favor of Plaintiff and against defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR ED LEE in his official capacity, SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity, SAN FRANCISCO SHERIFF VICKI HENNESSY, in her official capacity, CITY AND COUNTY OF SAN FRANCISCO, and STATE OF CALIFORNIA ATTORNEY GENERAL KAMALA D. HARRIS, in her official capacity as follows:

1) FIRST CLAIM FOR RELIEF as to defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR ED LEE in his official capacity, SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity, SAN FRANCISCO SHERIFF VICKI HENNESSY, in her official capacity, and CITY AND COUNTY OF SAN FRANCISCO regarding enforcement of San Francisco Police Code Section 4512 (Trigger Lock/Storage Ordinance): An order that there are no genuine issues as to any facts material to plaintiff's claim that the CITY defendants have violated plaintiff's rights protected by the Second Amendment Right to Keep and Bear Arms incorporated through the Fourteenth Amendment and by 42 U.S.C. § 1983. Consequently, judgment and order is hereby issued permanently restraining and enjoining defendants from enforcing San Francisco Police Code Section 4512.

2) SECOND CLAIM FOR RELIEF as to defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR ED LEE in his official capacity, SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity, SAN FRANCISCO SHERIFF VICKI HENNESSY, in her official capacity, and CITY AND COUNTY OF SAN FRANCISCO regarding enforcement of San Francisco Police Code Section 1290 (Discharge Ordinance): The Court finds that there are no genuine issues as to any facts material to plaintiff's claim that defendants have violated plaintiff's rights protected by the Second Amendment Right to Keep and Bear Arms incorporated through the Fourteenth Amendment and by 42 U.S.C. § 1983. Consequently, judgment and order is hereby issued permanently restraining and enjoining defendants from enforcing San Francisco Police Code Section 1290, or any other iteration of said ordinance.

The Court further finds that ordinance was changed after <u>plaintiff filed her action</u>, and that plaintiff is deemed a prevailing party for an award of attorney fees pursuant to 42 U.S.C. Section 1988.

  3) THIRD CLAIM FOR RELIEF as to all Defendants regarding enforcement and application of California Penal Code sections 12050–12054 (operative Jan. 1, 2012, C.P.C. § 26150, 26155)(<u>Good Cause</u> and <u>Good Moral Character</u> CCW ["CCW" means Carrying Concealed Weapon].  The Court finds that there are no genuine issues as to any facts material to plaintiff's claim that defendants have violated plaintiff's rights protected by the <u>Second Amendment</u> Right to Keep and Bear Arms incorporated through the Fourteenth Amendment and by 42 U.S.C. § 1983. Consequently, judgment and order is hereby issued permanently restraining and enjoining defendants from enforcing  C.P.C. § 26150 and 26155, or any other iteration of said law that requires a citizen of the United States to show "good cause" and "good moral character" for the issuance of a CCW; instead, the burden is on the defendants to show "good cause" as to why a CCW permit should not be issued to Plaintiff.

  The Court further finds that plaintiff should have been issued an CCW, but was not afforded her substantive rights under the law, and therefore, a CCW permit shall immediately be issued to plaintiff conditioned upon her passing the background and firearms training aspect of current law.

  4) FOURTH CLAIM FOR RELIEF as to defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR ED LEE in his official capacity, SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity, SAN FRANCISCO SHERIFF VICKI HENNESSY, in her official capacity, and CITY AND COUNTY OF SAN FRANCISCO:  The Court finds that there are no genuine issues as to any facts material to plaintiff's claim that defendants have violated plaintiff's rights protected by the <u>Equal Protection</u> clause of the Fourteenth Amendment and by 42 U.S.C. § 1983.  Consequently, judgment and order is hereby issued permanently restraining and enjoining defendants from implementing policies or procedures regarding the issuance of CCWs as follows:

    A) Defendants shall publish a written CCW policy that places the burden on the defendants to establish "good cause" as to why a CCW permit should not be issued to Plaintiff or any other citizen and specifies the grounds as to

automatic disqualifications which shall apply equally to everyone, regardless of government employment or former employment.

B) Defendants shall not have a separate policy "good cause" and "good moral character" criteria for former and current government officials and employees, and retired law enforcement.

5) FIFTH CLAIM FOR RELIEF STATE OF CALIFORNIA ATTORNEY GENERAL KAMALA D. HARRIS, in her official capacity (C.P.C. § 12031(b)(Honorably Retired State or Federal Officer Exemptions and Due Process rights, now California Penal Code sections 26150, 26150, 25650, 26155, 16690, 25450-25475, 25900-25925, 26300-26325). The Court finds that there are no genuine issues as to any facts material to plaintiff's claim that defendants have violated plaintiff's rights protected by the Equal Protection clause of the Fourteenth Amendment and by 42 U.S.C. § 1983.  Consequently, judgment and order is hereby issued permanently restraining and enjoining defendant from enforcing California Penal Code sections 16690, 25450-25475, 25650, 25900-25925, in accordance with Ninth Circuit precedent (e.g. *Silveira v. Lockyer*, 312 F.3d 1062 (9th Cir. 2002) reh'g en banc denied, 328 F.3d 567, cert. denied, 124 S. Ct. 803 (2003).  The retired peace officer exemption is hereby stricken from the statute.

6) SEVENTH CLAIM FOR RELIEF as to defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR ED LEE in his official capacity, SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity, SAN FRANCISCO SHERIFF VICKI HENNESSY, in her official capacity, and CITY AND COUNTY OF SAN FRANCISCO regarding enforcement of San Francisco Police Code section 613.10(g)(expanding ammunition ban): The Court finds that there are no genuine issues as to any facts material to plaintiff's claim that defendants have violated plaintiff's rights protected by the Second Amendment Right to Keep and Bear Arms incorporated through the Fourteenth Amendment and by 42 U.S.C. § 1983. Consequently, judgment and order is hereby issued permanently restraining and enjoining defendants from enforcing San Francisco Police Code Section 613.10(g) 613.10(g).

7) EIGHTH CLAIM FOR RELIEF as to defendants CITY AND COUNTY OF SAN FRANCISCO MAYOR ED LEE in his official capacity, SAN FRANCISCO POLICE

DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity, SAN FRANCISCO SHERIFF VICKI HENNESSY, in her official capacity, and CITY AND COUNTY OF SAN FRANCISCO regarding enforcement of San Francisco Police Code section 613.10(g)(expanding ammunition ban) The Court further finds, in the alternative, that there are no genuine issues as to any facts material to plaintiff's claim that defendants have violated plaintiff's rights protected by the of the Fifth Amendment Right to Due Process incorporated through the Fourteenth Amendment and by 42 U.S.C. § 1983. Consequently, judgment and order is hereby issued permanently restraining and enjoining defendants from enforcing San Francisco Police Code Section 613.10(g) as it is void for vagueness.

**IT IS SO ORDERED,**

Date: _____

**CLAUDIA WILKEN**
**United States District Judge**

**(PROPOSED) ORDER AFTER HEARING**