IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO; KAMALA HARRIS, in her official capacity as California Attorney General; EDWIN LEE, in his official capacity as Mayor of the City & County of San Francisco; GREG SUHR, in his official capacity as San Francisco Police Chief; and VICKI HENNESSY, in her official capacity as the Sheriff of San Francisco,<br><br>    Defendants.<br>_____/ | No. C 09-4493 CW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF (Docket No. 57), MODIFYING BRIEFING AND HEARING SCHEDULE ON DISPOSITIVE MOTIONS, AND CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |

   Legal Community Against Violence (LCAV) has filed a motion for amicus curiae status in this action, asking to file a brief, in connection with the parties' dispositive motions, in support of the constitutionality of California Penal Code sections 25850 and 26150, et seq.  No opposition to the motion has been filed.

   Having considered the papers submitted by LCAV, the Court GRANTS its unopposed motion (Docket No. 57).  In response to Plaintiff Therese Marie Pizzo's motion for summary judgment, LCAV may file a brief that addresses only Plaintiff's claims regarding the constitutionality of California Penal Code sections 25850 and 26150, et seq.  LCAV may appear at the hearing on the parties' dispositive motions.  It shall not participate in this litigation in any manner not provided by this Order.

Plaintiff filed her motion for summary judgment on June 14, 2012. Defendants' oppositions and cross-motions for summary judgment are due on June 28, 2012. The Court is no longer available on July 26, 2012, the date on which the dispositive motion hearing was set previously. Accordingly, the Court modifies the remainder of the briefing and hearing schedule on the dispositive motions as follows:

| Event | Date |
|---|---|
| Deadline for LCAV to file its brief, not to exceed fifteen pages, which shall not repeat any arguments raised by Defendants. | Thursday, July 5, 2012 |
| Deadline for Plaintiff to file her reply in support of her motion for summary judgment, opposition to Defendants' motions for summary judgment and response to LCAV's arguments, contained in a single brief of fifty pages or less. | Thursday, July 12, 2012 |
| Deadline for the National Rifle Association (NRA) to file its amicus brief of fifteen pages or less, addressing San Francisco Police Code sections 4512, 1290 and 613.10(g) only and not repeating any arguments raised by Plaintiff. | Monday, July 16, 2012 |
| Deadline for Defendant Attorney General to file her reply in support of her motion for summary judgment, contained in a brief of fifteen pages or less. | Thursday, July 19, 2012 |
| Deadline for the San Francisco Defendants to file their reply in support of their motion for summary judgment and response to the NRA's brief, contained in a single brief of thirty pages or less. | Monday, July 23, 2012 |

2

| Hearing on the parties' motions for summary judgment and further case management conference. | Thursday, August 9, 2012, at 2:00 p.m. |
|---|---|

The Court notes that the final pretrial conference and trial dates may need to be continued. The Court will entertain a stipulation or motion to change the schedule set forth above, provided that the parties' briefs are filed in series as set forth above and not simultaneously, and that briefing is completed at least two weeks prior to the hearing date.

IT IS SO ORDERED.

Dated: 7/2/2012

CLAUDIA WILKEN
United States District Judge

3