1  Megan Dixon (Cal. Bar No. 162895)
2  HOGAN LOVELLS US LLP
   3 Embarcadero Center, Suite 1500
3  San Francisco, California  94111
4  Telephone:  (415) 374-2305
   Facsimile:  (415) 374-2499
5  Email:  megan.dixon@hoganlovells.com

6
   (Additional counsel in signature block)
7
   Attorneys for Movant
8  BRADY CENTER TO PREVENT GUN
   VIOLENCE
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14  THERESE MARIE PIZZO,                    Case No. **09-CV-4493 CW**

15                 Plaintiff,               **APPLICATION OF BRADY
                                            CENTER TO PREVENT GUN
16       v.                                 VIOLENCE TO FILE BRIEF AS
                                            *AMICUS CURIAE***
17  CITY AND COUNTY OF SAN
    FRANCISCO MAYOR GAVIN                   **Date:   August 9, 2012**
18  NEWSOM, in both his individual and      **Time:   2:00 p.m.**
    official capacities, *et al.*,          **Judge:  Hon. Claudia Wilken**
19                                          **Courtroom: 2**
                   Defendants.
20

21

22

23

24

25

26

27

28
                                            APPLICATION OF BRADY CENTER TO
                                            PREVENT GUN VIOLENCE TO FILE BRIEF AS *AMICUS CURIAE*
\\DC - 090334/001085 - 3439766 v2

Through undersigned counsel, the Brady Center to Prevent Gun Violence applies to the Court for leave to file a brief as *amicus curiae* in this case for the facts and reasons stated below. In keeping with the Court's scheduling order issued July 2, 2012, *amicus* would limit its brief to fifteen pages and would file by July 5, 2012, the same deadline and page limitation the Court has set for the brief of Legal Community Against Violence.

On June 26, 2012, counsel for the Brady Center to Prevent Gun Violence e-mailed counsel for each of the parties to this action to ask for their consent to the relief sought by this application. Defendants stated that they consent to the filing of this application. Plaintiff stated that she does not consent.

The Brady Center to Prevent Gun Violence ("*amicus*") is the nation's largest non-partisan, non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. Through its Legal Action Project, the Brady Center has filed numerous *amicus curiae* briefs in cases involving firearms regulations, including *McDonald v. City of Chicago*, 130 S. Ct. 3020, 3095 n.13, 3105 n.30, 3107 n.34 (2010) (Stevens, J., dissenting) (citing Brady Center brief), *United States v. Hayes*, 555 U.S. 415, 427 (2009) (citing Brady Center brief), and *District of Columbia v. Heller*, 554 U.S. 570 (2008).

District courts have inherent power to grant third parties leave to file briefs as *amici curiae*, particularly regarding "legal issues that have potential ramifications beyond the parties directly involved or if the [*amicus* has] unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 335 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal quotations omitted). Here, *amicus* brings a broad and deep perspective to the issues raised by this case and has a compelling interest in the federal courts' interpretation of Second Amendment issues. *Amicus* thus respectfully requests that it be granted permission to submit a

- 2 -
APPLICATION OF BRADY CENTER TO
PREVENT GUN VIOLENCE TO FILE BRIEF AS *AMICUS CURIAE*

\\DC - 090334/001085 - 3439766 v2

brief in this case to assist the Court with the constitutional issues in this case, including important matters under the Second Amendment.

The proposed brief would provide an overview of recent and longstanding Supreme Court Second Amendment jurisprudence and the policy implications of recognizing a right to carry firearms in public. The brief would also discuss the emerging trend in lower courts towards using a two-pronged approach to Second Amendment claims that asks (1) whether the law or regulation at issue implicates protected Second Amendment activity, and if so, (2) whether it passes the appropriate standard of review. The brief would then apply this two-pronged approach to Second Amendment issues in the case at hand, employing case law, sociological data, and legal commentary to place the permitting process of California Penal Code § 26150 in the larger context of Second Amendment issues. The brief would conclude that (1) California's concealed weapons permitting process does not implicate protected Second Amendment activity because the Supreme Court has only recognized a Second Amendment right to possess and carry guns in the home; (2) even if the permitting process did implicate protected Second Amendment activity, it would survive the appropriate level of review because it is a valid exercise of the state's police powers to enact legislation designed to protect public safety; and (3) San Francisco Police Code § 5412 is among the safe-storage regulations explicitly preserved by *Heller*. *Amicus*, therefore, respectfully submits that its brief would assist the Court in deciding the complex and significant issues raised in this matter.

## CONCLUSION

For the foregoing reasons, *amicus curiae* Brady Center to Prevent Gun Violence respectfully requests that the Court grant leave to file an *amicus* brief in the above-captioned case.

APPLICATION OF BRADY CENTER TO
PREVENT GUN VIOLENCE TO FILE BRIEF AS *AMICUS CURIAE*

Dated: July 2, 2012

Jonathan E. Lowy
 *Director*
Daniel R. Vice
 *Senior Attorney*
BRADY CENTER TO PREVENT
GUN VIOLENCE
1225 Eye Street, N.W.
Suite 1100
Washington, D.C. 20005

Respectfully submitted,

By: /s/  Megan Dixon
Megan Dixon
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California  94111
Telephone:  (415) 374-2305
Facsimile:  (415) 374-2499
Email:  megan.dixon@hoganlovells.com

Jonathan L. Diesenhaus
S. Chartey Quarcoo
Matthew C. Sullivan
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email:
jonathan.diesenhaus@hoganlovells.com

Counsel for *Amicus Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2012, I filed the foregoing **APPLICATION OF BRADY CENTER TO PREVENT GUN VIOLENCE TO FILE BRIEF AS** *AMICUS CURIAE* using the Court's CM/ECF electronic filing system which will serve the same upon all counsel of record.

HOGAN LOVELLS US LLP

*/s/ Megan Dixon*
