IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY & COUNTY OF SAN FRANCISCO; KAMALA HARRIS, in her official capacity as California Attorney General; EDWIN LEE, in his official capacity as Mayor of the City & County of San Francisco; GREG SUHR, in his official capacity as San Francisco Police Chief; and VICKI HENNESSY, in her official capacity as the Sheriff of San Francisco,<br><br>      Defendants.<br>_____/ | No. C 09-4493 CW<br><br>ORDER FURTHER MODIFYING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS |

    On July 2, 2012, the Court granted Legal Community Against Violence (LCAV)'s motion for amicus curiae status in this action, and modified the briefing and hearing schedule for dispositive motions.  See Docket No. 70.

    Defendants' oppositions and cross-motions for summary judgment were due on June 28, 2012; however, the Court experienced a technical failure with the Electronic Case File (ECF) program on June 28 and 29, 2012, which hindered the electronic filing of documents on those days.  Defendants filed their oppositions and cross-motions on July 2, 2012, pursuant to Civil Local Rule 5-1(e)(5).  Accordingly, the Court finds good cause to modify further the remainder of the briefing schedule on the dispositive motions as follows:

| Event | Date |
|---|---|
| Deadline for LCAV to file its brief, not to exceed fifteen pages, which shall not repeat any arguments raised by Defendants. | Monday, July 9, 2012 |
| Deadline for Plaintiff to file her reply in support of her motion for summary judgment, opposition to Defendants' motions for summary judgment and response to LCAV's arguments, contained in a single brief of fifty pages or less. | Monday, July 16, 2012 |
| Deadline for the National Rifle Association (NRA) to file its amicus brief of fifteen pages or less, addressing San Francisco Police Code sections 4512, 1290 and 613.10(g) only and not repeating any arguments raised by Plaintiff. | Wednesday, July 18, 2012 |
| Deadline for Defendant Attorney General to file her reply in support of her motion for summary judgment, contained in a brief of fifteen pages or less. | Monday, July 23, 2012 |
| Deadline for the San Francisco Defendants to file their reply in support of their motion for summary judgment and response to the NRA's brief, contained in a single brief of thirty pages or less. | Wednesday, July 25, 2012 |
| Hearing on the parties' motions for summary judgment and further case management conference. | Thursday, August 9, 2012, at 2:00 p.m. |

As the Court noted in the prior order, the final pretrial conference and trial dates may need to be continued.  The Court will entertain a stipulation or motion to change the schedule set forth above, provided that the parties' briefs are filed in series

2

as set forth above and not simultaneously, and that briefing is completed at least two weeks prior to the hearing date.

IT IS SO ORDERED.

Dated: 7/2/2012

CLAUDIA WILKEN
United States District Judge