IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO; KAMALA HARRIS, in her official capacity as California Attorney General; EDWIN LEE, in his official capacity as Mayor of the City & County of San Francisco; GREG SUHR, in his official capacity as San Francisco Police Chief; and VICKI HENNESSY, in her official capacity as the Sheriff of San Francisco,<br><br>    Defendants.<br>_____/ | No. C 09-4493 CW<br><br>ORDER STRIKING SEPARATE EVIDENTIARY OBJECTIONS OF DEFENDANT KAMALA HARRIS (Docket No. 87) |

    On July 2, 2012, Defendant Kamala D. Harris, Attorney General of California, filed her twenty-three page opposition to Plaintiff Therese Marie Pizzo's motion for summary judgment and cross-motion for summary judgment. Docket No. 81. Attorney General Harris concurrently filed a separate eleven page document consisting of objections to Plaintiff's evidence in support of her motion for summary judgment. Docket No. 87.

    Civil Local Rule 7-3(a) provides that, when a party files an opposition to a motion, "[a]ny evidentiary and procedural objections to the motion must be contained within the brief or memorandum," which may not exceed twenty-five pages of text. The Attorney General has filed her evidentiary objections separately from her brief. Further, between the two documents, she has filed thirty-three pages of text.

1      Accordingly, the Court STRIKES the Attorney General's
2 separate evidentiary objections (Docket No. 87).  She is granted
3 leave to amend and refile her opposition and cross-motion
4 incorporating any evidentiary objections, within one day of the
5 date of this Order.  The amended opposition and cross-motion shall
6 not exceed twenty-five pages.
7      IT IS SO ORDERED.

Dated: 7/2/2012

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2