1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   CHRISTINE VAN AKEN, State Bar #241755
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4633
   Facsimile:     (415) 554-4699
6  E-Mail:        christine.van.aken@sfgov.org

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
8  and ITS OFFICIALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESE MARIE PIZZO,<br><br>                   Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO MAYOR EDWIN LEE, in his official capacity; SAN FRANCISCO POLICE DEPARTMENT CHIEF OF POLICE GREG SUHR, in his official capacity; SAN FRANCISCO SHERIFF VICKI HENNESSEY, in her official capacity; CITY AND COUNTY OF SAN FRANCISCO; and STATE OF CALIFORNIA ATTORNEY GENERAL KAMALA D. HARRIS, in her official capacity,<br><br>                   Defendants. | Case No. C09-4493 CW<br><br>**CITY AND COUNTY OF SAN FRANCISCO'S NON-OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO FILE AMENDED SUMMARY JUDGMENT REPLY / OPPOSITION TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   August 30, 2012<br>Time:           2:00 p.m.<br>Place:          Courtroom 2, 4th Fl.<br>                Oakland Courthouse |
|---|---|

1  The City and County of San Francisco does not oppose Plaintiff's ex parte application for leave to file a corrected reply / opposition brief in support of Plaintiff's motion for summary judgment on or before July 18, 2012.

Dated: July 17, 2012

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
CHRISTINE VAN AKEN
Deputy City Attorneys

By: s/*Christine Van Aken*
CHRISTINE VAN AKEN

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO and ITS OFFICIALS