IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESE MARIE PIZZO,

    Plaintiff,

  v.

CITY & COUNTY OF SAN FRANCISCO; KAMALA HARRIS, in her official capacity as California Attorney General; EDWIN LEE, in his official capacity as Mayor of the City & County of San Francisco; GREG SUHR, in his official capacity as San Francisco Police Chief; and ROSS MIRKARIMI, in his official capacity as the Sheriff of San Francisco,

    Defendants.

No. C 09-4493 CW

JUDGMENT

    For the reasons set forth in this Court's Denying Plaintiff's motion for summary judgment and granting Defendants' cross-motions for summary judgment,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Therese Marie Pizzo take nothing, and that Defendants City and County of San Francisco, Kamala Harris, in her official capacity as California Attorney General, Edwin Lee, in his official capacity as Mayor of the City and County of San Francisco, Greg Suhr, in his official capacity as San Francisco Police Chief, and Ross Mirkarimi, in his official capacity as the Sheriff of San

Francisco recover their costs of action from Plaintiff Therese Marie Pizzo.

Dated at Oakland, California, this 6th day of December, 2012.

```
                              RICHARD W. WIEKING
                              Clerk of Court


                         By: _____
                              Deputy Clerk
```
