DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:    (415) 554-4633
Facsimile:    (415) 554-4699
E-Mail:       christine.van.aken@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and ITS OFFICIALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE MARIE PIZZO,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; EDWIN LEE, in his official capacity as Mayor of the City and County of San Francisco; GREG SUHR, in his official capacity as San Francisco Police Chief; ROSS MIRKARIMI, in his official capacity as San Francisco Sheriff; and STATE OF CALIFORNIA ATTORNEY GENERAL KAMALA HARRIS, in her official capacity,<br><br>        Defendants. | Case No. C09-4493 CW<br><br>**STIPULATION BY PARTIES TO SET ASIDE CITY AND COUNTY OF SAN FRANCISCO'S COST BILL** |

     WHEREAS, the District Court entered summary judgment in favor of all Defendants on December 5, 2012, and the Court's ordered provided that Defendants shall recover their costs from Plaintiff (Dkt. 112);

     WHEREAS, the clerk of the district court entered judgment that Plaintiff shall take nothing from her complaint on December 6, 2012 (Dkt. 113);

WHEREAS, the City and County of San Francisco and its officials Mayor Edwin Lee, Police Chief Greg Suhr, and Sheriff Ross Mirkarimi (collectively "City") filed a cost bill on December 18, 2012 seeking costs in the amount of $4,653.40 (Dkt. 114);

WHEREAS, the clerk of the district court taxed costs incurred by the City in the amount of $4,613.40 against Plaintiff on January 4, 2013 (Dkt. 118);

WHEREAS, the City agrees to set aside its request for costs and the inclusion of costs in the amount of $4,613.40 in the judgment.

The parties to this Stipulation therefore stipulate and agree as follows:

The inclusion of costs in the amount of $4,613.40 in the judgment, payable by Plaintiff to the City, shall be set aside. Nothing in this stipulation affects the entitlement of any other party to recover costs from Plaintiff.

IT IS SO STIPULATED.

Dated: January 22, 2013

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
CHRISTINE VAN AKEN
Deputy City Attorneys


By: s/*Christine Van Aken*
CHRISTINE VAN AKEN

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO and ITS OFFICIALS

Dated: January 22, 2013

THE LAW OFFICES OF GARY W. GORSKI

By: **s/*Gary W. Gorski*
GARY W. GORSKI
Attorney for Plaintiff
THERESE MARIE PIZZO

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

IT IS SO ORDERED
Judge Claudia Wilken

STIPULATION TO SET ASIDE CITY'S COST BILL;   2
C09-4493 CW