FILED

MAR 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THERESE MARIE PIZZO, | No. 13-15012 |
| Plaintiff - Appellant, | D.C. No. 4:09-cv-04493-CW<br>Northern District of California, Oakland |
| v. | |
| KAMALA HARRIS, in her official capacity as California Attorney General and ROSS MIRKARIMI, in his official capacity as the Sheriff of San Francisco, | ORDER |
| Defendants - Appellees. | |

The appellant's motion for voluntary dismissal of this appeal under Fed. R. App. P. 42(b) is granted. This appeal is dismissed with prejudice.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit 27-10

03.04.13/cag/Pro Mo