KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
GEORGE WATERS
Deputy Attorney General
State Bar No. 88295
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-8050
  Fax:  (916) 324-8835
  E-mail:  George.Waters@doj.ca.gov
*Attorneys for Defendant Kamala D. Harris
as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE MARIE PIZZO,**<br><br>                                    Plaintiff,<br><br>        **v.**<br><br>**CITY AND COUNTY OF SAN FRANCISCO, etc.,**<br><br>                                    Defendants. | 4:09-cv-04493-CW<br><br>**STIPULATION BY PARTIES TO SET ASIDE CALIFORNIA ATTORNEY GENERAL'S COST BILL**<br><br>Judge:        The Honorable Claudia Wilken |

WHEREAS, the District Court entered summary judgment in favor of all Defendants on December 5, 2012, and the Court's order provided that Defendants shall recover their costs from Plaintiff (Dkt. 112);

WHEREAS, the clerk of the district court entered judgment on December 6, 2012 that Plaintiff shall take nothing from her complaint and that Defendants shall recover their costs from Plaintiff (Dkt. 113);

1   WHEREAS, defendant Kamala D. Harris as California Attorney General ("Attorney
2   General") filed a cost bill on December 19, 2012 seeking costs in the amount of $2,517.55 (Dkt.
3   115);
4   WHEREAS, the clerk of the district court taxed costs incurred by the Attorney General in
5   the amount of $2,517.55 against Plaintiff on January 4, 2013 (Dkt. 119);
6   WHEREAS, the Attorney General agrees to set aside her request for costs and the inclusion
7   of costs in the amount of $2,517.55 in the judgment.
8   The parties to this Stipulation therefore stipulate and agree as follows:
9   The inclusion of costs in the amount of $2,517.55 in the judgment, payable by Plaintiff to
10  the Attorney General, shall be set aside.
11  IT IS SO STIPULATED.

12  Dated: March 12, 2013

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General

s/*George Waters*

GEORGE WATERS
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris as California Attorney General*

18  Dated: March 12, 2013

LAW OFFICES OF GARY W. GORSKI

**s/*GARY W. GORSKI*

GARY W. GORSKI
*Attorney for Plaintiff Therese Marie Pizzo*

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

SA2009102556
11055296.doc

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Therese Marie Pizzo v. City and County of San Francisco Mayor Gavin Newsom, et al.** | No. | **4:09-cv-04493-CW** |

I hereby certify that on <u>March 12, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

***STIPULATION BY PARTIES TO SET ASIDE CALIFORNIA ATTORNEY GENERAL'S COST BILL***

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 12, 2013</u>, at Sacramento, California.

| L. Sandoval | */s/ L. Sandoval* |
|---|---|
| Declarant | Signature |

11055722.doc